UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-mc-01644 |
| | ) | |
| **JETALL COMPANIES, INC. AND MOHAMMED ALI CHOUDHRI** | ) ) | |
| | ) | |
| Respondents. | ) | |

## MOTION TO WITHDRAWAL AS COUNSEL

Ryan Patrick of Haynes and Boone, LLP respectfully move to withdraw as counsel for Jetall Companies, Inc. and Mohammed Ali Choudhri. The Withdrawal of counsel is not sought for delay.

Accordingly, Ryan Patrick of Haynes and Boone, LLP respectfully ask that the Court enter the attached order withdrawing them as counsel of record for Jetall Companies, Inc. and Mohammed Ali Choudhri in this action.

Jetall and Choudhri have been provided with the Zoom link for the scheduled April 2, 2024 hearing.

Dated: April 1, 2024                                   Respectfully submitted,

 

Ryan Patrick - Attorney in Charge
Southern District Bar No. 3006419
Texas Bar No. 24049274
1221 McKinney Street, Suite 4000
Houston, TX 77010
Ryan.Patrick@haynesboone.com
*Counsel for Respondent*

## **CERTIFICATE OF SERVICE**

In accordance with the Texas Rules of Civil Procedure I certify that a true and correct copy of the Motion to Withdraw as Counsel of Record was served via e-service on all parties and counsel of record on April 1, 2024.

_____
Ryan Patrick