UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Petitioner, | § § | |
| v. | § § | Case No. 4:23-mc-01644 |
| JETALL COMPANIES, INC. AND MOHAMMED ALI CHOUDHRI, | § § § | |
| Respondents. | § § § | |

## ORDER TO SHOW CAUSE

This matter having come before the Court on a petition by the United States for enforcement of subpoenas served on Mohammed Ali Choudhri (also known as Ali Choudhri) and Jetall Companies, Inc. ("Jetall") pursuant to the Financial Institutions Reform, Recovery, and Enforcement Act, 12 U.S.C. § 1833a, and the Court having held numerous status conferences regarding the respondents' compliance with the subpoenas and the respondents having failed to provide information and meet deadlines agreed to before the Court,

IT IS ORDERED that respondents shall appear before this Court on **September 10, 2024 at 10:00 a.m,** to show cause why:

(a) Mr. Choudhri should not be compelled immediately to: (1) deliver to the United States a signed and dated copy of his interrogatory responses served on the United States on May 1, 2024; and (2) produce all media files that were imbedded in WhatsApp messages produced by Mr. Choudhri to the United States; and

(b) Jetall should not be compelled immediately to re-produce its February 7, 2023 production in the format specified by the Specifications for Production of ESI and

1

Digitized ("Scanned") Images attached to the subpoena or in an electronic format acceptable to the United States; and

(c) Mr. Choudhri and Jetall should not be compelled immediately to: (1) comply with the schedule they agreed to before this Court and provide supplemental interrogatory responses addressing the deficiencies identified in the United States' May 7, 2024 letter; and (2) deliver to the United States signed, dated, and notarized certificates of compliance in the form attached to the subpoenas sent to the respondents certifying that all documents responsive to the subpoenas have been produced.

IT IS FURTHER ORDERED that copies of this Order shall be served upon Mr. Choudhri at his last known email address at "ali@jetallcapital.com" and by U.S. Certified Mail, Return Receipt Requested at his last known business address at 2425 West Loop South, 11th Floor, Houston, Texas 77027, which shall constitute good and sufficient service; and

IT IS FURTHER ORDERED that copies of this Order shall be served upon Jetall at the last known email address of its principal Ali Choudhri at "ali@jetallcapital.com" and by U.S. Certified Mail, Return Receipt Requested at its last known business address at 2425 West Loop South, 11th Floor, Houston, Texas 77027, which shall constitute good and sufficient service.

The hearing will be held in the United States Courthouse, 515 Rusk, Houston, TX , on the 11th Floor, Courtroom 11-B.

August 19, 2024
DATE

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE