UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Petitioner, <br><br> v. <br><br> JETALL COMPANIES, INC. AND MOHAMMED ALI CHOUDHRI, <br><br> Respondents. | § § § § § § § § § § § § § <br><br> Case No. 4:23-mc-01644 |

## **ORDER**

This matter having come before the Court on a petition by the United States for enforcement of subpoenas served on Mohammed Ali Choudhri (also known as Ali Choudhri) and Jetall Companies, Inc. ("Jetall") pursuant to the Financial Institutions Reform, Recovery, and Enforcement Act, 12 U.S.C. § 1833a, and the Court having held a show cause hearing on September 10, 2024, regarding the respondents' compliance with the subpoenas and the respondents' failures to date to provide information and meet deadlines agreed to before the Court,

IT IS ORDERED that by September 20, 2024, respondents shall produce the following items to counsel for the United States:

(1) Respondent Choudhri shall deliver a signed and dated copy of his interrogatory responses previously served on the United States on May 1, 2024;

(2) Respondent Choudhri shall produce all media files that were imbedded in WhatsApp messages previously produced by Respondent Choudhri to the United States;

1

(3) Respondent Jetall shall re-produce its February 7, 2023 production in the format specified by the Specifications for Production of ESI and Digitized ("Scanned") Images attached to the subpoena or in an electronic format acceptable to the United States;

(4) Respondents Choudhri and Jetall shall provide supplemental interrogatory responses addressing the deficiencies identified in the United States' May 7, 2024 letter; and

(5) Respondents Choudhri and Jetall shall deliver to the United States signed, dated, and notarized certificates of compliance in the form attached to the subpoenas sent to the respondents certifying that all documents responsive to the subpoenas have been produced.

IT IS FURTHER ORDERED that to the extent that the United States believes that these items have not been fully produced by the respondents, the United States may inform the Court of any deficiencies, at which time the Court shall schedule another hearing at which the imposition of penalties and sanctions will be considered.

IT IS FURTHER ORDERED that copies of this Order shall be served upon Respondent Choudhri at his last known email address at "ali@jetallcapital.com" and by U.S. Certified Mail, Return Receipt Requested at his last known business address at 2425 West Loop South, 11th Floor, Houston, Texas 77027, which shall constitute good and sufficient service; and

3

IT IS FURTHER ORDERED that copies of this Order shall be served upon Jetall at the last known email address of its principal Ali Choudhri at "ali@jetallcapital.com" and by U.S. Certified Mail, Return Receipt Requested at its last known business address at 2425 West Loop South, 11th Floor, Houston, Texas 77027, which shall constitute good and sufficient service.

_____  
DATE

_____  
LEE H. ROSENTHAL  
UNITED STATES DISTRICT JUDGE