UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | Case No. 4:23-mc-01644 |
| JETALL COMPANIES, INC. AND § | |
| MOHAMMED ALI CHOUDHRI, § | |
| § | |
| Respondents. § | |
| § | |

## ORDER

The United States filed a petition for enforcement of subpoenas served on Mohammed Ali Choudhri (also known as Ali Choudhri) and Jetall Companies, Inc., under the Financial Institutions Reform, Recovery, and Enforcement Act, 12 U.S.C. § 1833a. The Court held a show cause hearing on September 10, 2024, on the respondents' failure to comply with the subpoenas and the respondents' failure to provide information and meet deadlines agreed to before the court.

IT IS ORDERED that by September 20, 2024, the respondents must produce the following items to counsel for the United States:

(1) Respondent Choudhri must deliver a signed and dated copy of his interrogatory responses previously served on the United States on May 1, 2024;

(2) Respondent Choudhri must produce all media files that were imbedded in WhatsApp messages previously produced by Respondent Choudhri to the United States;

1

(3) Respondent Jetall must re-produce its February 7, 2023, production in the format specified by the Specifications for Production of ESI and Digitized ("Scanned") Images attached to the subpoena or in an electronic format acceptable to the United States;

(4) Respondents Choudhri and Jetall must provide supplemental interrogatory responses addressing the deficiencies identified in the United States' May 7, 2024, letter; and

(5) Respondents Choudhri and Jetall must deliver to the United States signed, dated, and notarized certificates of compliance in the form attached to the subpoenas sent to the respondents certifying that all documents responsive to the subpoenas have been produced.

IT IS FURTHER ORDERED that to the extent that the United States believes that these items have not been fully produced by the respondents, the United States may inform the Court of any deficiencies, at which time the Court will schedule another hearing at which the imposition of penalties and sanctions will be considered.

IT IS FURTHER ORDERED that copies of this Order will be served upon Respondent Choudhri at his last known email address at "ali@jetallcapital.com" and by U.S. Certified Mail, Return Receipt Requested at his last known business address at 2425 West Loop South, 11th Floor, Houston, Texas 77027, which will constitute good and sufficient service.

IT IS FURTHER ORDERED that copies of this Order will be served upon Jetall at the last known email address of its principal Ali Choudhri at "ali@jetallcapital.com" and by U.S. Certified Mail, Return Receipt Requested at its last known business address at 2425 West Loop South, 11th Floor, Houston, Texas 77027, which will constitute good and sufficient service.

September 18, 2024
_____
DATE

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE