United States District Court
Southern District of Texas
**ENTERED**
October 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>JETALL COMPANIES, INC. AND<br>MOHAMMED ALI CHOUDHRI,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§  Case No. 4:23-mc-01644<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER TO SHOW CAUSE

This matter having come before the Court on a petition by the United States for enforcement of subpoenas served on Mohammed Ali Choudhri (also known as Ali Choudhri) and Jetall Companies, Inc. ("Jetall") pursuant to the Financial Institutions Reform, Recovery, and Enforcement Act, 12 U.S.C. § 1833a, and the Court having held a hearing on September 10, 2024, where the parties appeared and the Court made certain rulings that were memorialized in a written order filed on September 18, 2024 ("September 18 Order," ECF No. 41) directing the respondents to take certain actions and produce certain documents by September 20, 2024, and the United States having informed the Court that the respondents have failed to comply in full with the September 18 Order,

IT IS ORDERED that respondents shall appear before this Court on *November 6*, 2024 at *10:00 a.m.* to show cause why:

(a) The respondents should not be held in contempt for their failure to comply with the following provisions of the September 18 Order;

    a. Respondent Jetall must re-produce its February 7, 2023, production in the format specified by the Specifications for Production of ESI and Digitized

        ("Scanned") Images attached to the subpoena or in an electronic format acceptable to the United States;

    b. Respondents Choudhri and Jetall must provide supplemental interrogatory responses addressing the deficiencies identified in the United States' May 7, 2024, letter; and

    c. Respondents Choudhri and Jetall must deliver to the United States signed, dated, and notarized certificates of compliance in the form attached to the subpoenas sent to the respondents certifying that all documents responsive to the subpoenas have been produced; and

(b) Mr. Choudhri should not be compelled to produce at the hearing a legible signature page to his interrogatory responses previously served on the United States on May 1, 2024, that contains both a signature and a date, or be sanctioned for failure to do so; and

IT IS FURTHER ORDERED that Mr. Choudhri is ordered to appear in person at this hearing; and

IT IS FURTHER ORDERED that copies of this Order shall be served upon Mr. Choudhri at his last known email address at "ali@jetallcapital.com" and by U.S. Certified Mail, Return Receipt Requested at his last known business address at 1001 West Loop South, #700, Houston, Texas 77027, which shall constitute good and sufficient service; and

IT IS FURTHER ORDERED that copies of this Order shall be served upon Jetall at the last known email address of its principal Ali Choudhri at "ali@jetallcapital.com" and by U.S. Certified Mail, Return Receipt Requested at its last known business address at 1001 West Loop South, #700, Houston, Texas 77027, which shall constitute good and sufficient service.

_10/21/2024_
DATE

_[signature]_
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE