IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | )( | Civil Action No: 4:23-mc-01644 |
| | )( | |
| *Petitioner,* | )( | |
| | )( | |
| V. | )( | |
| | )( | |
| JETALL COMPANIES, INC., *et al.,* | )( | |
| | )( | |
| *Respondents.* | )( | |
| | )( | |

### *UNOPPOSED* AMENDED KALLINEN'S MOTION TO WITHDRAW

**TO THE HONORABLE LEE H. ROSENTHAL:**

COMES NOW Randall L. Kallinen and files this Unopposed amended motion to withdraw from representation of all Respondents Jetall Companies, Inc., and Ali Choudri in the above styled and numbered cause and would show the Court as follows:

### PROCEDURE

Respondents are represented by lead attorney-in-charge Lance Nguyen.

There is no current trial or hearing date.

Randall L. Kallinen requests to withdraw from the case.

This motion is not filed for delay.

1

Respondents have been notified of the motion to withdraw and Respondents' lead attorney Lance Nguyen is unopposed stating, "As per legal precedent, I have no legal basis to oppose."

## PRAYER

FOR THESE REASONS, Randall L. Kallinen requests to withdraw from this case and for any other relief to which he may be entitled.

Respectfully Submitted,

*/s/ Randall L. Kallinen*
Randall L. Kallinen
Kallinen Law PLLC
State Bar of Texas No. 00790995
U.S. So. Dist. of Texas No. 19417
511 Broadway Street
Houston, Texas 77012
Telephone:   713/320-3785
FAX:            713/893-6737
Email:          AttorneyKallinen@aol.com

Attorney for Plaintiff

## CERTIFICATE OF CONFERENCE

I hereby certify that pursuant to the local rules I have conferred in good faith November 8, 2024, by email and phone with opposing counsel and they are Unopposed. Also, on November 9, 2024, by email lead case attorney Lance Nguyen for Respondents stated, *"As per legal precedent, I have no legal basis to oppose."*

*/s/ Randall L. Kallinen*
Randall L. Kallinen

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been transmitted to all counsel appearing in this cause and pro se parties on this the 10th day of November 2024, by filing with the ECF System of the United States District Court for the Southern District of Texas.

/s/ *Randall L. Kallinen*
Randall L. Kallinen