United States District Court
Southern District of Texas
**ENTERED**
November 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | Case No. 4:23-mc-01644 |
| JETALL COMPANIES, INC. AND § | |
| MOHAMMED ALI CHOUDHRI, § | |
| § | |
| Respondents. § | |
| § | |

## ORDER

This matter having come before the Court on a petition by the United States for enforcement of subpoenas served on Mohammed Ali Choudhri (also known as Ali Choudhri) ("Choudhri") and Jetall Companies, Inc. ("Jetall") pursuant to the Financial Institutions Reform, Recovery, and Enforcement Act, 12 U.S.C. § 1833a, and the Court having held a show cause hearing on November 6, 2024, regarding the respondents' compliance with the subpoenas and the respondents' failures to date to provide information and meet deadlines agreed to before the Court,

IT IS ORDERED that the parties shall take the following steps:

(1)  By November 8, 2024, respondents Choudhri and Jetall shall provide to the United States technical information about archived materials responsive to the subpoenas, including but not limited to information about what materials are archived, where they are archived, the specific systems used for the archiving process, and the current format of the archived materials.

1

(2) By November 20, 2024, the United States shall produce to counsel for respondent Jetall a list enumerating the documents from Jetall's February 7, 2023 production that the United States would like to receive in native format. Jetall will produce those documents in native format to the United States by December 11, 2024.

(3) By November 20, 2024, respondents Choudhri and Jetall must provide dated and verified supplemental interrogatory responses addressing the deficiencies identified in the United States' May 7, 2024 letter.

(4) By November 20, 2024, respondent Choudhri must deliver to the United States a legible signed and dated verification page for his interrogatory responses served on the United States on May 1, 2024.

(5) By November 20, 2024, respondents Choudhri and Jetall must deliver to the United States signed, dated, and notarized certificates of compliance certifying that all documents responsive to the subpoenas have been produced.

(6) By November 20, 2024, respondents Choudhri and Jetall shall provide written reports to the United States describing their progress in creating privilege logs. By December 11, 2024, respondents Choudhri and Jetall shall provide to the United States fully complete privilege logs that identify all documents withheld in response to the subpoenas and the justifications for the withholding of documents, in the format specified in the subpoenas' instructions.

IT IS FURTHER ORDERED that to the extent that the United States believes that the respondents have not complied with the obligations above, the United States may inform the Court of any deficiencies, at which time the Court shall schedule another hearing at which the imposition of penalties and sanctions will be considered.

IT IS FURTHER ORDERED that in addition to service on respondent Choudhri's counsel of record in this matter via the Court's CM/ECF system, copies of this Order shall be served upon respondent Choudhri at his last known email address at "ali@jetallcapital.com" and by U.S. Certified Mail, Return Receipt Requested on the last known registered agent for respondent Jetall at Legal Registered Agent Services, Inc., 5900 Balcones Drive, Suite 100, Austin, Texas 78731, which shall constitute good and sufficient service; and

IT IS FURTHER ORDERED that in addition to service on Jetall's counsel of record in this matter via the Court's CM/ECF system, copies of this Order shall be served upon Jetall at the last known email address of its principal Ali Choudhri at "ali@jetallcapital.com" and by U.S. Certified Mail, Return Receipt Requested on the last known registered agent for respondent Jetall at Legal Registered Agent Services, Inc., 5900 Balcones Drive, Suite 100, Austin, Texas 78731, which shall constitute good and sufficient service.

__11/9/2024__
DATE

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE