UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

*********************************************************************

UNITED STATES OF AMERICA        4:23-MC-01644


VS.                             HOUSTON, TEXAS


JETALL COMPANIES, INC.          SEPTEMBER 10, 2024

*********************************************************************

TRANSCRIPT OF SHOW CAUSE HEARING PROCEEDINGS
HEARD BEFORE THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

*********************************************************************

APPEARANCES:

FOR THE PETITIONER:             MR. KENNETH LEE SHAITELMAN
                                US Attorney's Office
                                1000 Louisiana
                                Suite 2300
                                Houston, Texas 77002

                                MR. ANTHONY GILL
                                DOJ-Civ
                                175 North Street, N.E.
                                Washington DC, DC 20002


FOR THE RESPONDENT:             MR. ALI CHOUDHRI
                                PRO SE

Official Court Reporter:        Lanie M. Smith, CSR, RMR, CRR
                                Official Court Reporter
                                United States District Court
                                Southern District of Texas
                                515 Rusk
                                Room 8004
                                Houston, Texas 77002

        Proceedings recorded by mechanical stenography,
transcript produced via computer.

**P R O C E E D I N G S**

THE COURT:  Go ahead and state your appearance.

MR. GILL:  Anthony Gill for the United States.

MR. SHAITELMAN:  Ken Shaitelman for the United States.

THE COURT:  Go ahead.

MR. GILL:  And, Your Honor, I will just say that we have received no response to our e-mails and our communications to Mr. Choudhri, so I don't know if someone is going to appear on behalf of Jetall and Mr. Choudhri today.

THE COURT:  Do you know if he is still being represented by Mr. Patrick?

No.  He withdrew.  Never mind.

So we're just waiting on -- we have no information of new counsel for Mr. Choudhri; is that right?

MR. SHAITELMAN:  That's correct.

THE COURT:  All right.  I would like you guys to wait for 15 minutes.  I'll come back in.  If he's still not here, I will ask you to present whatever order you believe would be appropriate given his failure to show cause as to why he should not be immediately compelled to comply with discovery; and if what you want me to do is get a bench warrant issued, let me know.  All right?

MR. SHAITELMAN:  Thank you.

MR. GILL:  Thank you.

THE CASE MANAGER:  All rise.

```
         1              (Brief pause in the proceedings.)

         2         THE COURT:  We've just received information that

         3    Mr. Choudhri was on the road and there's a car accident and

         4    he's okay, but he's delayed.

11:31AM  5         MR. GILL:  So does that mean we're waiting for him to

         6    appear?  Is he not going to appear?

         7         THE COURT:  I think he's coming to appear.

         8         MR. GILL:  Okay.

         9         THE COURT:  That's the information we have.

11:32AM 10         MR. GILL:  Okay.  Your Honor, do you mind?  Did he

        11    email the Court?  Did he call the main number?

        12         THE COURT:  He called.  He telephoned my chambers.

        13         MR. GILL:  Okay.  Thank you.

        14         THE COURT:  That's all I know.

11:32AM 15         MR. GILL:  Understood.

        16         THE COURT:  We'll give him some time.

        17                   (Court is in recess.)

        18         THE COURT:  All right.  Go ahead and state your

        19    appearances, please.

11:52AM 20              Come forward.

        21         MR. GILL:  Anthony Gill for the United States.

        22         MR. SHAITELMAN:  Ken Shaitelman for the United States.

        23         MR. CHOUDHRI:  Ali Choudhri.

        24         THE COURT:  And you're here representing yourself, sir?

11:52AM 25         MR. CHOUDHRI:  Yes, ma'am.
```

1          THE COURT:  All right.  I note that your prior counsel

2     moved to withdraw and that order was entered.

3              All right.  You may all be seated.

4              Is the government ready to tell me what it is

11:52AM    5     they would like me to do?

6          MR. GILL:  Yes, Your Honor, we are.

7          THE COURT:  Go ahead.

8          MR. GILL:  Your Honor, do you have a preference for

9     where I stand?

11:52AM   10         THE COURT:  As long as we can all hear you.

11         MR. GILL:  Good enough, Your Honor.  So we are here

12    today on an order to show cause that seeks several items from

13    both Mr. Choudhri and Jetall on discovery matters related to

14    two subpoenas served by the United States.

11:53AM   15             Frankly these all seem like very simple things,

16    to be honest; but we have unfortunately been chasing them for

17    several months, which is what has led us here to this order to

18    show cause.

19             There are four specific items that the order to

11:53AM   20    show cause seeks from Mr. Choudhri and three items from Jetall.

21    I'm happy to list them for the Court.  I mean, I think -- I'm

22    not sure how the Court would like to proceed at this point.  We

23    can sort of reiterate again why we want these items, but

24    they've been covered before in status conferences with the

25    Court.

1    THE COURT:  Right.

2    MR. GILL:  So if the Court has questions, I'm happy to

3 answer them; but I think the order to show cause speaks for

4 itself in terms of what we want.

11:53AM 5    THE COURT:  Has anything been produced?

6    MR. GILL:  No, Your Honor.  There's been no

7 communication from Mr. Choudhri or Jetall since the Court

8 granted Mr. Patrick's request to withdraw.

9    THE COURT:  Are there any formal objections that have

11:54AM 10 been lodged to any of the items subpoenaed?

11    MR. GILL:  No, Your Honor.

12    THE COURT:  All right.  Mr. Choudhri, do you have the

13 documents?

14    MR. CHOUDHRI:  Your Honor, I don't have the documents

11:54AM 15 on me; but if I may address the Court on where I'm at with

16 everything.

17    THE COURT:  Okay.

18    MR. CHOUDHRI:  So I did sign an interrogatory and we

19 did produce tens and tens of thousands of documents, and

11:54AM 20 there's definitely been some financial hardship for me.

21    There's a man named Osama Abdullatif who has

22 filed fraudulent liens on all of my properties and sued all of

23 my entities, including my family members, and gone far enough

24 to garnish bank accounts that were wrongfully garnished and

11:55AM 25 created a financial -- which is why Mr. Patrick -- I

recently -- I was not aware there was an order, but I believe

you did approve his withdrawal --

THE COURT:  I did.

MR. CHOUDHRI:  -- on the record.  But I wasn't aware of

that.

And I have talked to some other lawyers about

hiring them and having them review.  They needed some time and

financial arrangements.

The source of my issue, Your Honor, is not that I

don't want to produce.  I produced tens of thousands of pages.

There's a company we even hired.  That company is owed money

for the production.  There was all kinds of stuff that I did

produce.

I have tried to reach out to the other side

unsuccessfully.  I became aware of being here and I'm here, but

I wasn't served.  But I'm here because I think it's important,

because I am in the process of hiring counsel.  And I've spoken

to this gentleman who says he would need a week or two, but I

have a meeting with him this afternoon, Michael Nguyen.

And the situation, Your Honor, is I had a man

working for me named Chris Wyatt, who was a paralegal, who was

actually a plant.  It sounds crazy, but he had been sued by his

former employer, Ocwen Loan Servicing, for stealing their hard

drive and it moved to a judgment.  He actually stole my hard

drive.

1    I have the testimony of his, Your Honor, where he

2    took my hard drive that has attorney-client privilege and

3    handed it to Mr. Gill.

4    And Mr. Osama Abdullatif first had recruited my

11:57AM    5    former or now wife for a frivolous divorce action that got

6    filed in 2015 and went on until 2019.

7    Just today, the Court of Appeals denied the

8    rehearing and they filed 89 lis pendens and fraudulent liens on

9    all my properties.  And I've been chased by Wayne Dolcefino.

11:57AM    10   Osama Abdullatif has hired him to harass and call my lawyers,

11   call people.  I have those voice mails from Wayne Dolcefino

12   where he's accused my lenders of doing business and not wanting

13   to do business.

14   Financially they've put this burden on me and

11:57AM    15   it's really, Your Honor -- and I would like to put all the

16   documents and organize it, but I would like to share with

17   Your Honor that I did -- and I can show Your Honor the

18   communications with Mr. Patrick where I've asked what was sent

19   so I could work on it.  And he says he's getting ready for

11:58AM    20   trial.

21   So I don't have whatever was produced by

22   Mr. Patrick because they are asking me to reproduce some items.

23   And I would like, Your Honor, if I could have --

24   THE COURT:  Okay.

11:58AM    25   MR. CHOUDHRI:  -- some time.

1    THE COURT:  Here is the problem, Mr. Choudhri.  This

2  has been -- the government has been trying to get this material

3  from you, as I understand it -- and the government will correct

4  me if I'm wrong -- since 2022.

11:58AM  5    And there has been some production.  There has

6  been more stalling and more requests for delays and more

7  references to financial hardship.  And the government is now,

8  after giving you lots of leeway and lots of time, is now

9  seeking a court order requiring you to produce the documents

11:59AM  10  that they have been attempting to obtain.

11    The order to show cause did result in your

12  appearance.  You get credit for that.  But the specific

13  requests include producing all media files embedded in WhatsApp

14  messages that were produced, to reproduce some of the documents

11:59AM  15  in a format that the government can use, comply with the

16  schedule that you previously agreed to, to provide supplemental

17  interrogatory responses and provide the certificates of

18  compliance that were attached to the subpoenas certifying that

19  all documents responsive have been produced.  This is the day

12:00PM  20  when all of this is supposed to happen, today.

21    So my question to you is why shouldn't I send a

22  Marshal with you to go and get the rest of the documents?

23    MR. CHOUDHRI:  Your Honor, I can share with you where I

24  did receive an email from Mr. Gill with this order and then I

12:00PM  25  believe someone called and was trying to maybe serve me and I

1    planned on being here regardless.

2            And I have asked for -- because I don't know what

3    all was produced, Your Honor; and I'm not the main owner, plus

4    Mr. Patrick is a good man.

12:01PM  5            I did ask for the file since August and I hadn't

6    had it.  I followed up again from Mr. Patrick and I said, "I'm

7    following up again."

8            And on September 5th, he said "I'll try to get

9    this to you today.  I'm in trial prep."

12:01PM 10            And then I followed up again and I said, "What's

11    the ETA?"

12            THE COURT:  Let's forget about Mr. Patrick because he's

13    not representing you any longer.

14            MR. CHOUDHRI:  I just need to get my files so I can

12:01PM 15    know --

16            THE COURT:  Where are you files?

17            MR. CHOUDHRI:  I provided to Mr. Patrick --

18            THE COURT:  All right.  Forget the files that

19    Mr. Patrick has.  What files do you have?

12:01PM 20            MR. CHOUDHRI:  I have stuff that's been uploaded in a

21    Google share drive.

22            THE COURT:  Have you produced that to the government?

23            MR. CHOUDHRI:  No, I haven't produced it directly to

24    them.  I produced it to the attorney.

12:01PM 25            THE COURT:  Produce it to the government.

1    MR. CHOUDHRI:  Yes, Your Honor.

2    THE COURT:  Do you have a signed and dated copy of your

3    interrogatory responses that were served on May 1st?

4    MR. CHOUDHRI:  I have signed them and I did produce

12:02PM 5    them to Mr. Patrick.  I don't know if they were produced.  I

6    believe they were, because they were saying there's something

7    insufficient about them, but I did sign interrogatories,

8    Your Honor.

9    THE COURT:  Does the government have those?

12:02PM 10    MR. GILL:  Your Honor, we have a signed copy from

11    Mr. Choudhri, but it's not dated.  That's the issue.  It needs

12    to be dated.

13    THE COURT:  All right.  Meet with the government and

14    arrange for that to happen.

12:02PM 15    Do you have it here so that --

16    MR. GILL:  Yes, Your Honor, I have a copy that was

17    produced so I'm happy to provide it --

18    MR. CHOUDHRI:  I can sign it right now, Your Honor.

19    THE COURT:  Good.

12:02PM 20    What about the media files embedded in the

21    WhatsApp messages?

22    MR. CHOUDHRI:  There's an app that my assistant

23    downloaded and it uploaded messages and that was provided, sent

24    over and that's on the Google share drive as well, Your Honor;

12:02PM 25    and that was shared with Mr. Patrick.  I'm happy to provide

that.

THE COURT:  All right.  What about reproducing the February 7, 2023, production in the specified format?

MR. CHOUDHRI:  I don't understand that.

THE COURT:  Mr. Gill, can you meet with Mr. Choudhri and go over with him what it is you need him to do?

MR. GILL:  Of course, Your Honor.

THE COURT:  And is it something that can be done here in the courtroom, or does it require going to a particular device?

MR. GILL:  I'm not sure I can answer that.  I mean the issue is that we have documents in a 7,000-page PDF and we need those documents in a different format.  There are many different formats that will satisfy the government, but not a 7,000-page PDF.

THE COURT:  All right.  Mr. Choudhri, I am ordering you to go work with the government to provide an alternate workable format for those documents.

MR. CHOUDHRI:  Absolutely, Your Honor.

THE COURT:  All right.  The supplemental interrogatory responses.  Do you have the requests, the interrogatories themselves, Mr. Gill?  Do you have them here in the courtroom?

MR. GILL:  Yes, a copy of the interrogatories that were served by the government, yes.

THE COURT:  Very well.  And Mr. Choudhri, I need you to

meet and confer with the government to provide whatever
supplementary responses are needed to identify the deficiencies
that were set out in the government's May letter.

And you had the certificates of compliance in the

12:04PM  form that the government wants?  Do you have those with you

today, Mr. Gill?

MR. GILL:  Yes, Your Honor, we do.

THE COURT:  All right.  Then I'm going to leave the

courtroom to you.  I will be here.  If there is any issue with

12:04PM  Mr. Choudhri's compliance, please let me know and we will deal

with it promptly.

And please let me know before you leave so that

we can put on the record what it is that has been done with you

and Mr. Choudhri working together to take care of the

12:04PM  deficiencies in the responses.  All right?

MR. GILL:  Understood.

THE COURT:  All right.  Very good.

MR. CHOUDHRI:  Your Honor, may I bring something to the

Court's attention?

12:05PM  THE COURT:  Yes, sir.

MR. CHOUDHRI:  I've asked this of Mr. Gill.  There was

attorney-client privilege.  I had a paralegal who was working

in my office who had made recordings of third parties that

weren't there along with Mr. Dolcefino, who then published them

12:05PM  on the Internet.

1    And then he told another court that he got them

2 on the Internet when he actually got them before from

3 Chris Wyatt.  Chris Wyatt was paid by Osama Abdullatif while he

4 was working for me.  He handed my hard drive to the government

12:05PM  5 and I would like to bring to the attention of the Court because

6 I believe the government is in possession of my company's

7 privileged documents that they're aware they've gotten from

8 Mr. Wyatt.

9    I have a transcript where he's admitted that he's

12:06PM  10 taken them without my permission, my hard drive.  And I have

11 evidence that he was working for Osama while he was working for

12 me as my paralegal, and that's attorney-client privilege.  He

13 was interfacing with my various lawyers in the divorce case and

14 various cases and I've been advised that that is interception

12:06PM  15 and the government should not possess those and I would like

16 for Your Honor to --

17    THE COURT:  Who had access to those documents?

18    MR. CHOUDHRI:  I'm sorry?

19    THE COURT:  Who had access to the materials that you

12:06PM  20 assert is attorney-client?

21    MR. CHOUDHRI:  Chris Wyatt.

22    THE COURT:  He was an employee?

23    MR. CHOUDHRI:  Yes.  A paralegal who stole my hard

24 drive and intercepted and made recordings illegally.

12:07PM  25    THE COURT:  Does the government have documents that

1    correspond to what's been described?

2        MR. GILL:  Your Honor, so the simple answer is no.  And

3    in prior correspondence with Mr. Choudhri's attorney, this idea

4    of a hard drive has been brought up and there's sort of this

12:07PM 5    image of a meeting where a physical hard drive is handed to the

6    government.  That's never occurred, at least to my knowledge.

7        We had asked Mr. Choudhri's prior counsel if they

8    believe we are in possession of anything privileged to identify

9    for us what that might be and so that we could respond and

12:07PM 10   we've never received any identification from anyone about what

11   it is we may be possessing that Mr. Choudhri or Jetall believe

12   are privileged --

13       THE COURT:  So if this is --

14       MR. CHOUDHRI:  Your Honor, if they could just produce

12:08PM 15   whatever has been produced to them, that would --

16       THE COURT:  Let's start a different tact.

17       Who are your lawyers who you are asserting you

18   had communications with that would have been accessible to

19   Mr. Wyatt?

12:08PM 20       MR. CHOUDHRI:  All of my lawyers.

21       THE COURT:  Who are they?  Names.

22       MR. CHOUDHRI:  Jeff Joyce, Tom Phillips, Lloyd Kelley.

23       THE COURT:  Who is --

24       MR. CHOUDHRI:  Lloyd Kelley.

12:08PM 25       THE COURT:  Oh.  All right.  Go ahead.

1     MR. CHOUDHRI:  And I've had a conversation and he would

2 refuse to answer that question directly, Your Honor; and I

3 should at least have whatever they have.

4     THE COURT:  Okay.  So they've already said they don't

12:08PM 5 have this hard drive.  To the extent there are communications

6 to or from these three individuals who have just been listed,

7 can the government segregate those so that they can be

8 separately reviewed for privilege?

9     MR. GILL:  Yes.  To the extent we have them, they can

12:09PM 10 certainly be segregated.

11     THE COURT:  So the names are Jeff Joyce, Tom Phillips

12 and Lloyd Kelley to or from.  That will at least give us an

13 indication of whether there are e-mails or other communications

14 that could potentially be within the attorney-client privilege.

12:09PM 15     MR. CHOUDHRI:  There's other lawyers as well,

16 Your Honor.  I can list them.  Those are the ones that I can

17 list -- I can go through the list of lawyers.  But I simply

18 asked what they received from Chris Wyatt, who was my

19 paralegal, and they know that.  They can provide me that

12:09PM 20 information; and they refuse to do so, Your Honor.

21     THE COURT:  I'm not sure that the government is

22 agreeing that there was some kind of meeting with Mr. Wyatt

23 that resulted in the hand-over of a hard drive with

24 information.

12:09PM 25     MR. CHOUDHRI:  It may not be a hard drive.  It may be

1    like a Dropbox or a link that the government has and I know

2    they have and they won't give it and they won't share it and so

3    I'm in a bind.  I don't know what privileged information they

4    have and they're aware of it, that it was taken illegally.

12:10PM  5              Mr. Costa, in fact, is in the case where we got a

6    TRO against Mr. Wyatt and he admitted taking the --

7              And, Your Honor, I can bring you these documents.

8    And Mr. Gregg Costa handled my divorce and we won it on appeal,

9    but this has been all asymmetric warfare by this man,

12:10PM 10   Osama Abdullatif, who is literally -- his aim is to completely

11   bury me in asymmetric warfare on so many fronts.

12             THE COURT:  That case is not in my court.  The only

13   thing that's in my court is the government's request to have

14   the subpoena that has been issued enforced.  That's the only

12:10PM 15   thing we are here about.

16             MR. CHOUDHRI:  And, Your Honor, to make it efficient, I

17   did ask the government that if they could provide what they had

18   received, it will make it easier.  I could then go through

19   everything and respond and make sure there's nothing I've left

12:11PM 20   out and they've refused to do that.

21             Are they willing to do that?

22             THE COURT:  What's the government's response?

23             MR. GILL:  Your Honor, simply no.  That's not our

24   obligation, to give back all the discovery that Mr. Choudhri

12:11PM 25   has provided and we've raised this with various counsel who

1    have represented Mr. Choudhri.  It is someone's job, not ours,

2    to know what Jetall and Mr. Choudhri has produced and to ensure

3    that it is complete.

4          MR. CHOUDHRI:  Your Honor, I'm talking about --

5          THE COURT:  All right.

6          MR. CHOUDHRI:  -- from Mr. Wyatt and third parties that

7    they've gotten information that Mr. Wyatt, my paralegal, for

8    example.

9          THE COURT:  I'm not sure that the government is

10   conceding that they, again, got some sort of packet of

11   information in whatever form that they had any knowledge was

12   improperly provided or improperly accessed.

13        So what I am directing the government to do is

14   segregate communications that are to or from the three

15   attorneys who have been identified.  And if we need to have

16   some kind of process for a filter team to review those

17   documents that are identified as privileged or simply put them

18   aside, we can do it that way.

19        But I agree.  The government is not under an

20   obligation to tell you what you've produced.

21          MR. CHOUDHRI:  Sure, Your Honor.  If they can just

22   represent they haven't got anything from Mr. Wyatt.

23          THE COURT:  I don't know how the government has

24   received information.  Obviously there were subpoenas issued

25   and I assume that some of this information was provided

1    pursuant to the investigative subpoenas that were issued.

2         Is there anything more the government needs to

3    put on the record?

4         MR. GILL:  Your Honor, no, other than this is an

12:12PM  5    investigation.  It's a confidential investigation pursuant to

6    the FIRREA statute.  I think we've explained to Mr. Choudhri's

7    counsel that we've received documents pursuant to subpoenas

8    from multiple sources, but we're not in a position to discuss

9    that --

12:13PM  10        THE COURT:  All right.

11        MR. GILL:  -- nor do we have an obligation to.

12        THE COURT:  And I'm not ordering you to.  The only

13   thing I'm ordering you to do is to segregate the potential

14   attorney-client communications identified by the involvement of

12:13PM  15   the three lawyers.

16        MR. GILL:  Understood.

17        THE COURT:  All right.

18        MR. CHOUDHRI:  Can I provide additional lawyers that

19   have represented me and interfaced with Mr. Wyatt, Your Honor?

12:13PM  20        THE COURT:  Who else would be on that list?

21        MR. CHOUDHRI:  I have a list.  I can share that list.

22        THE COURT:  How long is the list?

23        MR. CHOUDHRI:  It's long.

24        THE COURT:  Are these the lawyers who have represented

12:13PM  25   you in the investigation that we're here about?

1    MR. CHOUDHRI:  No, Your Honor, no, not in this.  What

2  I'm referring to -- and I have my assistant here and she is

3  also aware Mr. Wyatt took all -- he was interfacing with all of

4  my various lawyers.  Osama sued 50 defendants and entities and

12:14PM  5  those entities had various lawyers.  And it was a frivolous

6  divorce action that finally ended on appeal.

7         And then Mr. Wyatt has a -- all of my legal files

8  in a spreadsheet that has -- from what I understand has been

9  provided to the government with all my various files.

12:14PM  10         Mr. Wyatt was the paralegal interfacing with all

11  the various lawyers -- in-house lawyers, outside counsel; and I

12  can provide a list of those lawyers.

13    THE COURT:  Who besides Mr. Joyce, Mr. Phillips and

14  Mr. Kelley?

12:14PM  15    MR. CHOUDHRI:  It would have been Michelle Fraga,

16  David Medina, Gregg Costa -- no, he's recent.  He handled the

17  appeal for the divorce case, so that's after Mr. Wyatt left.

18         It would be -- I mentioned Jeff Joyce,

19  Kevin Pennell.

12:15PM  20    THE COURT:  Pennell?

21    MR. CHOUDHRI:  Pennell.

22         David Tang.

23    THE COURT:  David?

24    MR. CHOUDHRI:  Tang, T-A-N-G.

12:15PM  25         Keith Gross.

1          THE COURT:  All right.  The government can segregate

2     the documents or communications that are between Mr. Choudhri

3     and the seven names who have been identified as his counsel.

4          MR. GILL:  Understood, Your Honor.  To the extent we

12:16PM 5     have them, I'll make efforts to have that happen.

6          THE COURT:  That should take care of the concern.

7          MR. CHOUDHRI:  Thank you, Your Honor.

8               And just one more request, Your Honor.  I don't

9     want to mess up anything in any way.  If I can have maybe one

12:16PM 10    or two weeks to actually hire counsel that can assist so I

11    don't do something that affects me or I don't mess something

12    up.

13         THE COURT:  What you need to do is respond to the

14    subpoenas and provide those documents.  And, yes, by all means

12:16PM 15    hire counsel; but I'm not going to delay further to allow you

16    to do so.

17         MR. CHOUDHRI:  Okay.

18         THE COURT:  All right.  Do you need any additional

19    orders, or are you satisfied with the August 19 order?

12:16PM 20         MR. GILL:  Your Honor, I believe we may.  I think what,

21    as I understood, the Court wants us to do is to meet, discuss

22    and then get back to the Court.

23              Some items, for example, serving supplemental

24    responses to the interrogatories, I would like an order and a

12:17PM 25    date by which that will happen.  It's obviously not going to

1    happen in this courtroom.  So happy to discuss with

2    Mr. Choudhri and try to agree on a date that the Court can then

3    order, but I do think a follow-up order will likely be

4    necessary.

12:17PM   5        THE COURT:  I agree.  So Monday is September 16th.  How

6    about September 20th?

7        MR. GILL:  That's fine with us, Your Honor.

8        THE COURT:  All right.  So get me a form of order that

9    uses this date as the deadline for production of -- and you

12:17PM  10    fill in what the "of" should cover.

11            And, of course, it will be subject to the

12    procedure we've identified for segregating potential

13    attorney-client communications.

14            You look thoughtful, Mr. Gill.  Is there

12:18PM  15    something I'm missing?

16        MR. GILL:  I'm checking to make sure I don't have any

17    other thoughts.  I'd appreciate the Court's patience for one

18    moment.

19        THE COURT:  No, that's fine.

12:18PM  20        MR. GILL:  Your Honor, I don't have anything else.

21        THE COURT:  All right.  Let me know if there's anything

22    further.

23            Thank you.

24        MR. GILL:  Thank you.

12:18PM  25        MR. CHOUDHRI:  Thank you, Your Honor.

1          (The proceedings were adjourned.)

2                    * * * *

3                REPORTER'S CERTIFICATE

4          I, Lanie M. Smith, CSR, RMR, CRR, Official
Court Reporter, United States District Court, Southern District
5    of Texas, do hereby certify that the foregoing is a true and
correct transcript, to the best of my ability and
6    understanding, from the record of the proceedings in the
above-entitled and numbered matter.

7

8                    ___/s/ Lanie M. Smith_____
                     Official Court Reporter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

**/s** [1] - 22:8

## 1

**10** [1] - 1:7
**1000** [1] - 1:14
**15** [1] - 2:17
**16th** [1] - 21:5
**175** [1] - 1:17
**19** [1] - 20:19
**1st** [1] - 10:3

## 2

**20002** [1] - 1:17
**2015** [1] - 7:6
**2019** [1] - 7:6
**2022** [1] - 8:4
**2023** [1] - 11:3
**2024** [1] - 1:7
**20th** [1] - 21:6
**2300** [1] - 1:14

## 4

**4:23-MC-01644** [1] - 1:4

## 5

**50** [1] - 19:4
**515** [1] - 1:22
**5th** [1] - 9:8

## 7

**7** [1] - 11:3
**7,000-page** [2] - 11:12, 11:15
**77002** [2] - 1:15, 1:23

## 8

**8004** [1] - 1:23
**89** [1] - 7:8

## A

**a** [53] - 2:21, 3:3, 4:8, 5:21, 5:25, 6:11, 6:18, 6:19, 6:20, 6:21, 6:22, 6:24, 7:5, 8:9, 8:15, 8:21, 9:4, 9:20, 10:2, 10:10, 10:16, 11:9, 11:12, 11:13, 11:14, 11:23, 12:22, 13:9, 13:23, 14:4, 14:5, 14:16, 15:1, 15:23, 15:25, 16:1, 16:3, 16:5, 17:16, 18:5, 18:8, 18:21, 19:5, 19:7, 19:8, 19:12, 20:24, 21:2, 21:3, 21:8, 22:5
**A** [1] - 19:24
**Abdullatif** [5] - 5:21, 7:4, 7:10, 13:3, 16:10

**ability** [1] - 22:5
**about** [10] - 6:6, 9:12, 10:7, 10:20, 11:2, 14:10, 16:15, 17:4, 18:25, 21:6
**above** [1] - 22:6
**above-entitled** [1] - 22:6
**absolutely** [1] - 11:19
**access** [2] - 13:17, 13:19
**accessed** [1] - 17:12
**accessible** [1] - 14:18
**accident** [1] - 3:3
**accounts** [1] - 5:24
**accused** [1] - 7:12
**action** [2] - 7:5, 19:6
**actually** [4] - 6:22, 6:24, 13:2, 20:10
**additional** [2] - 18:18, 20:18
**address** [1] - 5:15
**adjourned** [1] - 22:1
**admitted** [2] - 13:9, 16:6
**advised** [1] - 13:14
**affects** [1] - 20:11
**after** [2] - 8:8, 19:17
**afternoon** [1] - 6:19
**again** [5] - 4:23, 9:6, 9:7, 9:10, 17:10
**against** [1] - 16:6
**agree** [3] - 17:19, 21:2, 21:5
**agreed** [1] - 8:16
**agreeing** [1] - 15:22
**ahead** [5] - 2:2, 2:5, 3:18, 4:7, 14:25
**aim** [1] - 16:10
**Ali** [1] - 3:23
**ALI** [1] - 1:19
**all** [45] - 2:16, 2:22, 2:25, 3:14, 3:18, 4:1, 4:3, 4:10, 4:15, 5:12, 5:22, 6:12, 7:9, 7:15, 8:13, 8:19, 8:20, 9:3, 9:18, 10:13, 11:2, 11:16, 11:20, 12:8, 12:15, 12:17, 14:20, 14:25, 16:9, 16:24, 17:5, 18:10, 18:17, 19:3, 19:7, 19:9, 19:10, 20:1, 20:14, 20:18, 21:8, 21:21
**allow** [1] - 20:15
**along** [1] - 12:24
**already** [1] - 15:4
**also** [1] - 19:3
**alternate** [1] - 11:17
**am** [3] - 6:17, 11:16, 17:13
**AMERICA** [1] - 1:4
**an** [12] - 4:12, 5:18, 6:1, 8:24, 10:22, 11:17, 13:22, 15:12, 17:19, 18:4, 18:11, 20:24
**and** [134] - 2:2, 2:6, 2:7, 2:9, 2:20, 3:3, 3:18, 3:24, 4:2, 4:13, 4:20, 5:18, 5:19, 5:22, 5:23, 5:24, 6:6, 6:7, 6:15, 6:17, 6:20, 6:24, 7:2, 7:4, 7:6, 7:8, 7:9, 7:10, 7:12, 7:14, 7:15, 7:16, 7:17, 7:19, 7:23, 8:3, 8:5, 8:6, 8:7, 8:8, 8:17, 8:22, 8:24, 8:25, 9:2, 9:3, 9:5, 9:6, 9:8, 9:10, 10:2, 10:4, 10:13, 10:23, 10:24, 10:25, 11:6, 11:8, 11:12, 11:25, 12:1, 12:4, 12:10, 12:12, 12:14, 13:1, 13:5, 13:10, 13:12, 13:13, 13:14, 13:15, 13:24, 14:2, 14:4, 14:9, 15:1, 15:2, 15:12, 15:19, 15:20,

16:1, 16:2, 16:4, 16:6, 16:7, 16:8, 16:16, 16:19, 16:20, 16:25, 17:2, 17:6, 17:15, 17:25, 18:12, 18:19, 19:2, 19:4, 19:5, 19:7, 19:11, 19:13, 20:3, 20:8, 20:14, 20:22, 20:24, 21:2, 21:9, 21:11, 22:5, 22:5, 22:6
**another** [1] - 13:1
**answer** [4] - 5:3, 11:11, 14:2, 15:2
**Anthony** [2] - 2:3, 3:21
**ANTHONY** [1] - 1:16
**any** [5] - 5:9, 5:10, 9:13, 12:9, 14:10, 17:11, 20:9, 20:18, 21:16
**anyone** [1] - 14:10
**anything** [7] - 5:5, 14:8, 17:22, 18:2, 20:9, 21:20, 21:21
**app** [1] - 10:22
**appeal** [3] - 16:8, 19:6, 19:17
**Appeals** [1] - 7:7
**appear** [4] - 2:8, 3:6, 3:7
**appearance** [2] - 2:2, 8:12
**APPEARANCES** [1] - 1:12
**appearances** [1] - 3:19
**appreciate** [1] - 21:17
**appropriate** [1] - 2:19
**approve** [1] - 6:2
**are** [24] - 4:6, 4:11, 4:19, 5:9, 7:22, 9:16, 11:13, 12:2, 14:8, 14:12, 14:17, 14:21, 15:5, 15:11, 15:13, 15:16, 16:15, 16:21, 17:14, 17:17, 18:24, 20:2, 20:19
**arrange** [1] - 10:14
**arrangements** [1] - 6:8
**as** [10] - 2:19, 4:10, 8:3, 10:24, 13:12, 15:15, 17:17, 20:3, 20:21, 21:9
**As** [1] - 4:10
**aside** [1] - 17:18
**ask** [3] - 2:18, 9:5, 16:17
**asked** [5] - 7:18, 9:2, 12:21, 14:7, 15:18
**asking** [1] - 7:22
**assert** [1] - 13:20
**asserting** [1] - 14:17
**assist** [1] - 20:10
**assistant** [2] - 10:22, 19:2
**assume** [1] - 17:25
**asymmetric** [2] - 16:9, 16:11
**at** [5] - 4:22, 5:15, 14:6, 15:3, 15:12
**attached** [1] - 8:18
**attempting** [1] - 8:10
**attention** [2] - 12:19, 13:5
**attorney** [9] - 7:2, 9:24, 12:22, 13:12, 13:20, 14:3, 15:14, 18:14, 21:13
**Attorney's** [1] - 1:13
**attorney-client** [7] - 7:2, 12:22, 13:12, 13:20, 15:14, 18:14, 21:13
**attorneys** [1] - 17:15
**August** [2] - 9:5, 20:19
**aware** [6] - 6:1, 6:4, 6:15, 13:7, 16:4, 19:3

## B

**back** [3] - 2:17, 16:24, 20:22
**bank** [1] - 5:24
**be** [18] - 2:18, 2:20, 4:3, 4:16, 10:12, 11:8, 12:9, 14:9, 14:11, 15:7, 15:10, 15:14, 15:25, 18:20, 19:18, 21:3, 21:11
**became** [1] - 6:15
**because** [7] - 6:16, 6:17, 7:22, 9:2, 9:12, 10:6, 13:5
**been** [28] - 4:16, 4:24, 5:5, 5:6, 5:10, 5:20, 6:22, 7:9, 8:2, 8:5, 8:6, 8:10, 8:19, 9:20, 12:13, 13:14, 14:1, 14:4, 14:15, 14:18, 15:6, 16:9, 16:14, 17:15, 19:8, 19:15, 20:3
**BEFORE** [1] - 1:9
**before** [3] - 4:24, 12:12, 13:2
**behalf** [1] - 2:9
**being** [3] - 2:10, 6:15, 9:1
**believe** [8] - 2:18, 6:1, 8:25, 10:6, 13:6, 14:8, 14:11, 20:20
**bench** [1] - 2:21
**besides** [1] - 19:13
**best** [1] - 22:5
**between** [1] - 20:2
**bind** [1] - 16:3
**both** [1] - 4:13
**Brief** [1] - 3:1
**bring** [3] - 12:18, 13:5, 16:7
**brought** [1] - 14:4
**burden** [1] - 7:14
**bury** [1] - 16:11
**business** [2] - 7:12, 7:13
**but** [22] - 3:4, 4:16, 4:23, 5:3, 5:15, 6:1, 6:4, 6:15, 6:16, 6:18, 6:22, 7:16, 8:12, 10:7, 10:11, 11:14, 15:17, 16:9, 17:19, 18:8, 20:15, 21:3
**by** [12] - 1:24, 2:11, 4:14, 6:22, 7:9, 7:21, 11:24, 13:3, 16:9, 18:14, 20:14, 20:25

## C

**C** [1] - 2:1
**call** [3] - 3:11, 7:10, 7:11
**called** [2] - 3:12, 8:25
**can** [28] - 4:10, 4:23, 7:17, 8:15, 8:23, 9:14, 10:18, 11:5, 11:8, 11:11, 12:13, 15:7, 15:9, 15:16, 15:17, 15:19, 16:7, 17:18, 17:21, 18:18, 18:21, 19:12, 20:1, 20:9, 20:10, 21:2
**car** [1] - 3:3
**care** [2] - 12:14, 20:6
**CASE** [1] - 2:25
**case** [4] - 13:13, 16:5, 16:12, 19:17
**cases** [1] - 13:14
**cause** [6] - 2:19, 4:12, 4:18, 4:20, 5:3, 8:11
**CAUSE** [1] - 1:9
**certainly** [1] - 15:10

**CERTIFICATE** [1] - 22:3
**certificates** [2] - 8:17, 12:4
**certify** [1] - 22:5
**certifying** [1] - 8:18
**chambers** [1] - 3:12
**chased** [1] - 7:9
**chasing** [1] - 4:16
**checking** [1] - 21:16
**CHOUDHRI** [44] - 1:19, 3:23, 3:25, 5:14, 5:18, 6:4, 7:25, 8:23, 9:14, 9:17, 9:20, 9:23, 10:1, 10:4, 10:18, 10:22, 11:4, 11:19, 12:18, 12:21, 13:18, 13:21, 13:23, 14:14, 14:20, 14:22, 14:24, 15:1, 15:15, 15:25, 16:16, 17:4, 17:6, 17:21, 18:18, 18:21, 18:23, 19:1, 19:15, 19:21, 19:24, 20:7, 20:17, 21:25
**Choudhri** [21] - 2:8, 2:9, 2:14, 3:3, 3:23, 4:13, 4:20, 5:7, 5:12, 8:1, 10:11, 11:5, 11:16, 11:25, 12:14, 14:11, 16:24, 17:1, 17:2, 20:2, 21:2
**Choudhri's** [4] - 12:10, 14:3, 14:7, 18:6
**Chris** [5] - 6:21, 13:3, 13:21, 15:18
**Civ** [1] - 1:16
**client** [7] - 7:2, 12:22, 13:12, 13:20, 15:14, 18:14, 21:13
**come** [2] - 2:17, 3:20
**coming** [1] - 3:7
**communication** [1] - 5:7
**communications** [9] - 2:7, 7:18, 14:18, 15:5, 15:13, 17:14, 18:14, 20:2, 21:13
**COMPANIES** [1] - 1:7
**company** [2] - 6:11
**company's** [1] - 13:6
**compelled** [1] - 2:20
**complete** [1] - 17:3
**completely** [1] - 16:10
**compliance** [3] - 8:18, 12:4, 12:10
**comply** [2] - 2:20, 8:15
**computer** [1] - 1:25
**conceding** [1] - 17:10
**concern** [1] - 20:6
**confer** [1] - 12:1
**conferences** [1] - 4:24
**confidential** [1] - 18:5
**conversation** [1] - 15:1
**copy** [4] - 10:2, 10:10, 10:16, 11:23
**correct** [3] - 2:15, 8:3, 22:5
**correspond** [1] - 14:1
**correspondence** [1] - 14:3
**Costa** [3] - 16:5, 16:8, 19:16
**could** [7] - 7:19, 7:23, 14:9, 14:14, 15:14, 16:17, 16:18
**counsel** [10] - 2:14, 4:1, 6:17, 14:7, 16:25, 18:7, 19:11, 20:3, 20:10, 20:15
**course** [2] - 11:7, 21:11
**COURT** [76] - 1:1, 2:2, 2:5, 2:10, 2:16, 3:2, 3:7, 3:9, 3:12, 3:14, 3:16, 3:18,

3:24, 4:1, 4:7, 4:10, 5:1, 5:5, 5:9, 5:12, 5:17, 6:3, 7:24, 8:1, 9:12, 9:16, 9:18, 9:22, 9:25, 10:2, 10:9, 10:13, 10:19, 11:2, 11:5, 11:8, 11:16, 11:20, 11:25, 12:8, 12:17, 12:20, 13:17, 13:19, 13:22, 13:25, 14:13, 14:16, 14:21, 14:23, 14:25, 15:4, 15:11, 15:21, 16:12, 16:22, 17:5, 17:9, 17:23, 18:10, 18:12, 18:17, 18:20, 18:22, 18:24, 19:13, 19:20, 19:23, 20:1, 20:6, 20:13, 20:18, 21:5, 21:8, 21:19, 21:21
**court** [4] - 8:9, 13:1, 16:12, 16:13
**Court** [19] - 1:20, 1:21, 1:21, 3:11, 3:17, 4:21, 4:22, 4:25, 5:2, 5:7, 5:15, 7:7, 13:5, 20:21, 20:22, 21:2, 22:4, 22:8
**Court's** [2] - 12:9, 21:17
**courtroom** [4] - 11:9, 11:22, 12:9, 21:1
**cover** [1] - 21:10
**covered** [1] - 4:24
**crazy** [1] - 6:22
**created** [1] - 5:25
**credit** [1] - 8:12
**CRR** [2] - 1:20, 22:4
**CSR** [2] - 1:20, 22:4

## D

**D** [1] - 2:1
**date** [3] - 20:25, 21:2, 21:9
**dated** [3] - 10:2, 10:11, 10:12
**David** [3] - 19:16, 19:22, 19:23
**day** [1] - 8:19
**DC** [2] - 1:17
**deadline** [1] - 21:9
**deal** [1] - 12:10
**defendants** [1] - 19:4
**deficiencies** [2] - 12:2, 12:15
**definitely** [1] - 5:20
**delay** [1] - 20:15
**delayed** [1] - 3:4
**delays** [1] - 8:6
**denied** [1] - 7:7
**described** [1] - 14:1
**device** [1] - 11:10
**did** [14] - 3:10, 3:11, 5:18, 5:19, 6:2, 6:3, 6:12, 7:17, 8:11, 8:24, 9:5, 10:4, 10:7, 16:17
**different** [3] - 11:13, 11:14, 14:16
**directing** [1] - 17:13
**directly** [2] - 9:23, 15:2
**discovery** [3] - 2:20, 4:13, 16:24
**discuss** [3] - 18:8, 20:21, 21:1
**DISTRICT** [1] - 1:1, 1:1, 1:10
**District** [4] - 1:21, 1:22, 22:4
**DIVISION** [1] - 1:2
**divorce** [5] - 7:5, 13:13, 16:8, 19:6, 19:17
**do** [29] - 2:10, 2:21, 3:10, 4:5, 4:8, 5:12, 7:13, 9:19, 10:2, 10:15, 11:6, 11:21, 11:22, 12:5, 12:7, 15:20, 16:20,

16:21, 17:13, 17:18, 18:11, 18:13, 20:11, 20:13, 20:16, 20:18, 20:21, 21:3, 22:5

**documents** [19] - 5:13, 5:14, 5:19, 7:16, 8:9, 8:14, 8:19, 8:22, 11:12, 11:13, 11:18, 13:7, 13:17, 13:25, 16:7, 17:17, 18:7, 20:2, 20:14

**does** [4] - 3:5, 10:9, 11:9, 13:25

**doing** [1] - 7:12

**DOJ** [1] - 1:16

**DOJ-Civ** [1] - 1:16

**Dolcefino** [3] - 7:9, 7:11, 12:24

**don't** [15] - 5:8, 5:14, 6:10, 7:21, 9:2, 10:5, 11:4, 15:4, 16:3, 17:23, 20:8, 20:11, 21:16, 21:20

**done** [2] - 11:8, 12:13

**downloaded** [1] - 10:23

**drive** [13] - 6:24, 6:25, 7:2, 9:21, 10:24, 13:4, 13:10, 13:24, 14:4, 14:5, 15:5, 15:23, 15:25

**Dropbox** [1] - 16:1

---

**E**

**E** [2] - 2:1

**e** [2] - 2:7, 15:13

**e-mails** [2] - 2:7, 15:13

**easier** [1] - 16:18

**efficient** [1] - 16:16

**efforts** [1] - 20:5

**else** [2] - 18:20, 21:20

**email** [2] - 3:11, 8:24

**embedded** [2] - 8:13, 10:20

**employee** [1] - 13:22

**employer** [1] - 6:23

**ended** [1] - 19:6

**enforced** [1] - 16:14

**enough** [2] - 4:11, 5:23

**ensure** [1] - 17:2

**entered** [1] - 4:2

**entities** [3] - 5:23, 19:4, 19:5

**entitled** [1] - 22:6

**ETA** [1] - 9:11

**even** [1] - 6:11

**everything** [2] - 5:16, 16:19

**evidence** [1] - 13:11

**example** [2] - 17:8, 20:23

**explained** [1] - 18:6

**extent** [3] - 15:5, 15:9, 20:4

---

**F**

**fact** [1] - 16:5

**failure** [1] - 2:19

**family** [1] - 5:23

**far** [1] - 5:23

**February** [1] - 11:3

**file** [1] - 9:5

**filed** [3] - 5:22, 7:6, 7:8

**files** [8] - 8:13, 9:14, 9:16, 9:18, 9:19,

10:20, 19:7, 19:9

**fill** [1] - 21:10

**filter** [1] - 17:16

**finally** [1] - 19:6

**financial** [4] - 5:20, 5:25, 6:8, 8:7

**financially** [1] - 7:14

**fine** [2] - 21:7, 21:19

**FIRREA** [1] - 18:6

**first** [1] - 7:4

**follow** [1] - 21:3

**follow-up** [1] - 21:3

**followed** [2] - 9:6, 9:10

**following** [1] - 9:7

**for** [36] - 2:3, 2:4, 2:14, 2:17, 3:5, 3:21, 3:22, 4:8, 4:16, 4:21, 5:3, 5:20, 6:12, 6:21, 6:23, 7:5, 7:19, 8:6, 8:12, 9:2, 9:5, 10:14, 11:18, 13:4, 13:11, 13:16, 14:9, 15:8, 17:7, 17:16, 19:17, 20:23, 21:9, 21:12, 21:17

**FOR** [2] - 1:13, 1:19

**foregoing** [1] - 22:5

**forget** [2] - 9:12, 9:18

**form** [3] - 12:5, 17:11, 21:8

**formal** [1] - 5:9

**format** [4] - 8:15, 11:3, 11:13, 11:18

**formats** [1] - 11:14

**former** [2] - 6:23, 7:5

**forward** [1] - 3:20

**four** [1] - 4:19

**Fraga** [1] - 19:15

**frankly** [1] - 4:15

**fraudulent** [2] - 5:22, 7:8

**frivolous** [2] - 7:5, 19:5

**from** [21] - 4:12, 4:20, 5:7, 7:11, 8:3, 8:24, 9:6, 10:10, 13:2, 13:7, 14:10, 15:6, 15:12, 15:18, 17:6, 17:14, 17:22, 18:8, 19:8, 22:6

**fronts** [1] - 16:11

**further** [2] - 20:15, 21:22

---

**G**

**G** [2] - 2:1, 19:24

**garnish** [1] - 5:24

**garnished** [1] - 5:24

**gentleman** [1] - 6:18

**get** [8] - 2:21, 8:2, 8:12, 8:22, 9:8, 9:14, 20:22, 21:8

**getting** [1] - 7:19

**Gill** [2] - 2:3, 3:21

**gill** [7] - 7:3, 8:24, 11:5, 11:22, 12:6, 12:21, 21:14

**GILL** [35] - 1:16, 2:3, 2:6, 2:24, 3:5, 3:8, 3:10, 3:13, 3:15, 3:21, 4:6, 4:8, 4:11, 5:2, 5:6, 5:11, 10:10, 10:16, 11:7, 11:11, 11:23, 12:7, 12:16, 14:2, 15:9, 16:23, 18:4, 18:11, 18:16, 20:4, 20:20, 21:7, 21:16, 21:20, 21:24

**give** [4] - 3:16, 15:12, 16:2, 16:24

**given** [1] - 2:19

**giving** [1] - 8:8

**go** [10] - 2:2, 2:5, 3:18, 4:7, 8:22, 11:6, 11:17, 14:25, 15:17, 16:18

**going** [6] - 2:8, 3:6, 11:9, 12:8, 20:15, 20:25

**gone** [1] - 5:23

**good** [4] - 4:11, 9:4, 10:19, 12:17

**Google** [2] - 9:21, 10:24

**got** [6] - 7:5, 13:1, 13:2, 16:5, 17:10, 17:22

**gotten** [2] - 13:7, 17:7

**government** [30] - 4:4, 8:2, 8:3, 8:7, 8:15, 9:22, 9:25, 10:9, 10:13, 11:14, 11:17, 11:24, 12:1, 12:5, 13:4, 13:6, 13:15, 13:25, 14:6, 15:7, 15:21, 16:1, 16:17, 17:9, 17:13, 17:19, 17:23, 18:2, 19:9, 20:1

**government's** [3] - 12:3, 16:13, 16:22

**granted** [1] - 5:8

**Gregg** [2] - 16:8, 19:16

**Gross** [1] - 19:25

**guys** [1] - 2:16

---

**H**

**H** [1] - 1:9

**had** [15] - 6:20, 6:22, 7:4, 9:6, 12:4, 12:22, 12:23, 13:17, 13:19, 14:7, 14:18, 15:1, 16:17, 17:11, 19:5

**hadn't** [1] - 9:5

**hand** [1] - 15:23

**hand-over** [1] - 15:23

**handed** [2] - 7:3, 13:4, 14:5

**handled** [2] - 16:8, 19:16

**happen** [5] - 8:20, 10:14, 20:5, 20:25, 21:1

**happy** [5] - 4:21, 5:2, 10:17, 10:25, 21:1

**harass** [1] - 7:10

**hard** [11] - 6:23, 6:24, 7:2, 13:4, 13:10, 13:23, 14:4, 14:5, 15:5, 15:23, 15:25

**hardship** [2] - 5:20, 8:7

**has** [23] - 4:17, 5:2, 5:5, 5:21, 7:2, 7:10, 8:2, 8:5, 9:19, 12:13, 14:4, 14:15, 16:1, 16:9, 16:14, 16:25, 17:2, 17:23, 19:7, 19:8

**have** [58] - 2:7, 2:13, 3:9, 4:8, 4:16, 5:9, 5:12, 5:14, 6:6, 6:14, 6:19, 7:1, 7:11, 7:21, 7:23, 8:10, 8:19, 9:2, 9:19, 9:20, 9:22, 10:2, 10:4, 10:9, 10:10, 10:15, 10:16, 11:12, 11:21, 11:22, 12:5, 13:9, 13:10, 13:25, 14:18, 15:3, 15:5, 15:6, 15:9, 16:2, 16:4, 16:13, 17:1, 17:15, 18:11, 18:19, 18:21, 18:24, 19:2, 19:15, 20:3, 20:5, 20:9, 21:16, 21:20

**haven't** [2] - 9:23, 17:22

**having** [1] - 6:7

**he** [27] - 2:10, 2:12, 2:19, 3:6, 3:10, 3:11, 3:12, 6:18, 6:22, 6:24, 7:1, 7:19, 9:8, 13:1, 13:2, 13:3, 13:4, 13:11,

13:12, 13:22, 15:1, 16:6, 19:3, 19:16
**he's** [10] - 2:17, 3:4, 3:7, 7:12, 7:19, 9:12, 13:9, 19:16
**hear** [1] - 4:10
**HEARD** [1] - 1:9
**HEARING** [1] - 1:9
**here** [16] - 2:17, 3:24, 4:11, 4:17, 6:15, 6:16, 8:1, 9:1, 10:15, 11:8, 11:22, 12:9, 16:15, 18:25, 19:2
**hereby** [1] - 22:5
**him** [6] - 3:5, 3:16, 6:19, 7:10, 11:6
**hire** [2] - 20:10, 20:15
**hired** [2] - 6:11, 7:10
**hiring** [2] - 6:7, 6:17
**his** [6] - 2:19, 6:2, 6:22, 7:1, 16:10, 20:3
**honest** [1] - 4:16
**Honor** [48] - 2:6, 3:10, 4:6, 4:8, 4:11, 5:6, 5:11, 5:14, 6:9, 6:20, 7:1, 7:15, 7:17, 7:23, 8:23, 9:3, 10:1, 10:8, 10:10, 10:16, 10:18, 10:24, 11:7, 11:19, 12:7, 12:18, 13:16, 14:2, 14:14, 15:2, 15:16, 15:20, 16:7, 16:16, 16:23, 17:4, 17:21, 18:4, 18:19, 19:1, 20:4, 20:7, 20:8, 20:20, 21:7, 21:20, 21:25
**HONORABLE** [1] - 1:9
**house** [1] - 19:11
**HOUSTON** [2] - 1:2, 1:5
**Houston** [2] - 1:15, 1:23
**how** [4] - 4:22, 17:23, 18:22, 21:5

## I

**I** [116] - 2:1, 2:6, 2:8, 2:16, 2:17, 3:7, 3:14, 4:1, 4:9, 4:21, 5:3, 5:14, 5:15, 5:18, 5:25, 6:1, 6:3, 6:4, 6:6, 6:9, 6:10, 6:12, 6:14, 6:15, 6:16, 6:17, 6:18, 6:20, 7:1, 7:11, 7:15, 7:16, 7:17, 7:19, 7:21, 7:23, 8:3, 8:21, 8:23, 8:24, 8:25, 9:2, 9:5, 9:6, 9:10, 9:14, 9:17, 9:20, 9:23, 9:24, 10:4, 10:5, 10:7, 10:16, 10:18, 11:4, 11:11, 11:16, 11:25, 12:9, 12:18, 12:22, 13:5, 13:6, 13:9, 13:10, 13:15, 15:2, 15:16, 15:17, 16:1, 16:3, 16:7, 16:16, 16:18, 17:13, 17:19, 17:23, 17:25, 18:6, 18:18, 18:21, 19:2, 19:8, 19:11, 19:18, 20:8, 20:9, 20:10, 20:11, 20:20, 20:21, 20:24, 21:3, 21:5, 21:16, 21:20, 22:4
**I'd** [1] - 21:17
**I'll** [3] - 2:17, 9:8, 20:5
**I'm** [25] - 4:21, 5:2, 5:15, 6:15, 6:16, 8:4, 9:3, 9:6, 9:9, 10:17, 10:25, 11:11, 12:8, 13:18, 15:21, 16:3, 17:4, 17:9, 18:12, 18:13, 19:2, 20:15, 21:15, 21:16
**I've** [7] - 6:17, 7:9, 7:18, 12:21, 13:14, 15:1, 16:19
**idea** [1] - 14:3
**identification** [1] - 14:10
**identified** [5] - 17:15, 17:17, 18:14,

20:3, 21:12
**identify** [2] - 12:2, 14:8
**if** [18] - 2:8, 2:10, 2:17, 2:20, 5:2, 5:15, 5:23, 8:4, 10:5, 12:9, 14:7, 14:13, 14:14, 16:17, 17:15, 17:21, 20:9, 21:21
**illegally** [2] - 13:24, 16:4
**image** [1] - 14:5
**immediately** [1] - 2:20
**important** [1] - 6:16
**improperly** [2] - 17:12
**in** [43] - 2:17, 3:1, 3:17, 4:24, 5:4, 6:17, 7:6, 8:11, 8:13, 8:15, 9:9, 9:20, 10:20, 11:3, 11:9, 11:12, 11:13, 11:22, 12:3, 12:4, 12:15, 12:23, 13:6, 13:13, 14:3, 14:8, 15:23, 16:3, 16:5, 16:11, 16:12, 16:13, 17:11, 18:8, 18:25, 19:1, 19:8, 19:11, 20:9, 21:1, 21:10, 22:6
**in-house** [1] - 19:11
**INC** [1] - 1:7
**include** [1] - 8:13
**including** [1] - 5:23
**indication** [1] - 15:13
**individuals** [1] - 15:6
**information** [10] - 2:14, 3:2, 3:9, 15:20, 15:24, 16:3, 17:7, 17:11, 17:24, 17:25
**insufficient** [1] - 10:7
**intercepted** [1] - 13:24
**interception** [1] - 13:14
**interfaced** [1] - 18:19
**interfacing** [3] - 13:13, 19:3, 19:10
**Internet** [2] - 12:25, 13:2
**interrogatories** [4] - 10:7, 11:21, 11:23, 20:24
**interrogatory** [4] - 5:18, 8:17, 10:3, 11:20
**investigation** [3] - 18:5, 18:25
**investigative** [1] - 18:1
**involvement** [1] - 18:14
**Is** [1] - 3:6
**is** [53] - 2:8, 2:10, 2:14, 2:21, 3:17, 4:4, 4:17, 5:25, 6:9, 6:11, 6:20, 8:1, 8:7, 8:8, 8:19, 8:20, 8:21, 9:4, 11:6, 11:8, 11:12, 12:9, 12:13, 13:6, 13:14, 13:20, 14:2, 14:5, 14:11, 14:13, 14:23, 15:21, 16:5, 16:10, 16:12, 16:13, 17:1, 17:3, 17:9, 17:13, 17:19, 18:2, 18:4, 18:13, 18:22, 19:2, 20:13, 20:21, 21:5, 21:14, 22:5
**issue** [4] - 6:9, 10:11, 11:12, 12:9
**issued** [4] - 2:21, 16:14, 17:24, 18:1
**it** [39] - 4:4, 6:22, 6:24, 7:3, 7:16, 7:19, 8:3, 9:6, 9:23, 9:24, 9:25, 10:11, 10:15, 10:17, 10:18, 10:23, 11:6, 11:8, 11:9, 12:11, 12:13, 14:11, 15:25, 16:2, 16:4, 16:8, 16:16, 16:18, 17:1, 17:3, 17:18, 19:5, 19:15, 19:18, 21:11
**it's** [6] - 6:16, 7:15, 10:11, 18:5, 18:23, 20:25
**items** [7] - 4:12, 4:19, 4:20, 4:23, 5:10, 7:22, 20:23
**itself** [1] - 5:4

## J

**Jeff** [3] - 14:22, 15:11, 19:18
**JETALL** [1] - 1:7
**Jetall** [6] - 2:9, 4:13, 4:20, 5:7, 14:11, 17:2
**job** [1] - 17:1
**Joyce** [4] - 14:22, 15:11, 19:13, 19:18
**JUDGE** [1] - 1:10
**judgment** [1] - 6:24
**just** [9] - 2:6, 2:13, 3:2, 7:7, 9:14, 14:14, 15:6, 17:21, 20:8

## K

**Keith** [1] - 19:25
**Kelley** [4] - 14:22, 14:24, 15:12, 19:14
**Ken** [2] - 2:4, 3:22
**KENNETH** [1] - 1:13
**Kevin** [1] - 19:19
**kind** [2] - 15:22, 17:16
**kinds** [1] - 6:12
**know** [15] - 2:8, 2:10, 2:22, 3:14, 9:2, 9:15, 10:5, 12:10, 12:12, 15:19, 16:1, 16:3, 17:2, 17:23, 21:21
**knowledge** [2] - 14:6, 17:11

## L

**Lanie** [3] - 1:20, 22:4, 22:8
**lawyers** [15] - 6:6, 7:10, 13:13, 14:17, 14:20, 15:15, 15:17, 18:15, 18:18, 18:24, 19:4, 19:5, 19:11, 19:12
**least** [3] - 14:6, 15:3, 15:12
**leave** [2] - 12:8, 12:12
**led** [1] - 4:17
**LEE** [2] - 1:9, 1:13
**leeway** [1] - 8:8
**left** [2] - 16:19, 19:17
**legal** [1] - 19:7
**lenders** [1] - 7:12
**let** [4] - 2:21, 12:10, 12:12, 21:21
**let's** [2] - 9:12, 14:16
**letter** [1] - 12:3
**liens** [2] - 5:22, 7:8
**like** [11] - 2:16, 4:5, 4:15, 4:22, 7:15, 7:16, 7:23, 13:5, 13:15, 16:1, 20:24
**likely** [1] - 21:3
**link** [1] - 16:1
**lis** [1] - 7:8
**list** [9] - 4:21, 15:16, 15:17, 18:20, 18:21, 18:22, 19:12
**listed** [1] - 15:6
**literally** [1] - 16:10
**Lloyd** [3] - 14:22, 14:24, 15:12
**Loan** [1] - 6:23
**lodged** [1] - 5:10
**long** [3] - 4:10, 18:22, 18:23
**longer** [1] - 9:13
**look** [1] - 21:14

**lots** [2] - 8:8
**Louisiana** [1] - 1:14

## M

**M** [3] - 1:20, 22:4, 22:8
**ma'am** [1] - 3:25
**made** [2] - 12:23, 13:24
**mails** [3] - 2:7, 7:11, 15:13
**main** [2] - 3:11, 9:3
**make** [5] - 16:16, 16:18, 16:19, 20:5, 21:16
**man** [4] - 5:21, 6:20, 9:4, 16:9
**MANAGER** [1] - 2:25
**many** [2] - 11:13, 16:11
**Marshal** [1] - 8:22
**material** [1] - 8:2
**materials** [1] - 13:19
**matter** [1] - 22:6
**matters** [1] - 4:13
**May** [2] - 10:3, 12:3
**may** [7] - 4:3, 5:15, 12:18, 14:11, 15:25, 20:20
**maybe** [2] - 8:25, 20:9
**me** [21] - 2:21, 4:4, 4:5, 5:15, 5:20, 6:21, 7:14, 7:22, 8:4, 8:25, 12:10, 12:12, 13:4, 13:12, 15:19, 16:11, 18:19, 20:11, 21:8, 21:21
**mean** [3] - 3:5, 4:21, 11:11
**means** [1] - 20:14
**mechanical** [1] - 1:24
**media** [2] - 8:13, 10:20
**Medina** [1] - 19:16
**meet** [4] - 10:13, 11:5, 12:1, 20:21
**meeting** [3] - 6:19, 14:5, 15:22
**members** [1] - 5:23
**mentioned** [1] - 19:18
**mess** [2] - 20:9, 20:11
**messages** [3] - 8:14, 10:21, 10:23
**Michael** [1] - 6:19
**Michelle** [1] - 19:15
**might** [1] - 14:9
**mind** [2] - 2:12, 3:10
**minutes** [1] - 2:17
**missing** [1] - 21:15
**moment** [1] - 21:18
**Monday** [1] - 21:5
**money** [1] - 6:11
**months** [1] - 4:17
**more** [5] - 8:6, 18:2, 20:8
**moved** [2] - 4:2, 6:24
**Mr** [62] - 2:8, 2:9, 2:11, 2:14, 3:3, 4:13, 4:20, 5:7, 5:8, 5:12, 5:25, 7:3, 7:4, 7:18, 7:22, 8:1, 8:24, 9:4, 9:6, 9:12, 9:17, 9:19, 10:5, 10:11, 10:25, 11:5, 11:16, 11:22, 11:25, 12:6, 12:10, 12:14, 12:21, 12:24, 13:8, 14:3, 14:7, 14:11, 14:19, 15:22, 16:5, 16:6, 16:8, 16:24, 17:1, 17:2, 17:6, 17:7, 17:22, 18:6, 18:19,

19:3, 19:7, 19:10, 19:13, 19:14, 19:17, 20:2, 21:2, 21:14
**MR** [83] - 1:13, 1:16, 2:3, 2:4, 2:6, 2:15, 2:23, 2:24, 3:5, 3:8, 3:10, 3:13, 3:15, 3:21, 3:22, 3:23, 3:25, 4:6, 4:8, 4:11, 5:2, 5:6, 5:11, 5:14, 5:18, 6:4, 7:25, 8:23, 9:14, 9:17, 9:20, 9:23, 10:1, 10:4, 10:10, 10:16, 10:18, 10:22, 11:4, 11:7, 11:11, 11:19, 11:23, 12:7, 12:16, 12:18, 12:21, 13:18, 13:21, 13:23, 14:2, 14:14, 14:20, 14:22, 14:24, 15:1, 15:9, 15:15, 15:25, 16:16, 16:23, 17:4, 17:6, 17:21, 18:4, 18:11, 18:16, 18:18, 18:21, 18:23, 19:1, 19:15, 19:21, 19:24, 20:4, 20:7, 20:17, 20:20, 21:7, 21:16, 21:20, 21:24, 21:25
**mR** [1] - 1:19
**multiple** [1] - 18:8
**my** [34] - 3:12, 5:22, 5:23, 6:9, 6:24, 7:2, 7:4, 7:9, 7:10, 7:12, 8:21, 9:14, 10:22, 12:23, 13:4, 13:6, 13:10, 13:12, 13:13, 13:23, 14:6, 14:20, 15:18, 16:8, 16:12, 16:13, 17:7, 19:2, 19:4, 19:7, 19:9, 22:5

## N

**N** [2] - 2:1, 19:24
**N.E** [1] - 1:17
**named** [2] - 5:21, 6:21
**names** [3] - 14:21, 15:11, 20:3
**necessary** [1] - 21:4
**need** [8] - 6:18, 9:14, 11:6, 11:12, 11:25, 17:15, 20:13, 20:18
**needed** [2] - 6:7, 12:2
**needs** [2] - 10:11, 18:2
**never** [3] - 2:12, 14:6, 14:10
**new** [1] - 2:14
**Nguyen** [1] - 6:19
**no** [14] - 2:7, 2:12, 2:13, 5:6, 5:11, 9:23, 14:2, 16:23, 18:4, 19:1, 19:16, 21:19
**nor** [1] - 18:11
**North** [1] - 1:17
**not** [25] - 2:17, 2:20, 3:6, 4:22, 6:1, 6:9, 7:12, 9:3, 9:13, 10:11, 11:11, 11:14, 13:15, 15:21, 15:25, 16:12, 16:23, 17:1, 17:9, 17:19, 18:8, 18:12, 19:1, 20:15, 20:25
**note** [1] - 4:1
**nothing** [1] - 16:19
**now** [4] - 7:5, 8:7, 8:8, 10:18
**number** [1] - 3:11
**numbered** [1] - 22:6

## O

**O** [1] - 2:1
**objections** [1] - 5:9
**obligation** [3] - 16:24, 17:20, 18:11

**obtain** [1] - 8:10
**obviously** [2] - 17:24, 20:25
**occurred** [1] - 14:6
**Ocwen** [1] - 6:23
**OF** [3] - 1:1, 1:4, 1:9
**of** [61] - 1:22, 2:9, 2:14, 4:23, 5:4, 5:10, 5:19, 5:22, 6:4, 6:9, 6:10, 6:12, 6:15, 6:17, 7:1, 7:7, 7:12, 8:8, 8:14, 8:17, 8:20, 8:22, 10:2, 11:7, 11:23, 12:4, 12:14, 12:21, 12:23, 13:5, 13:6, 14:4, 14:5, 14:8, 14:20, 15:13, 15:17, 15:22, 15:23, 16:4, 17:10, 17:16, 17:25, 18:14, 19:3, 19:7, 19:12, 20:6, 21:8, 21:9, 21:10, 21:11, 22:5, 22:5, 22:6
**office** [1] - 12:23
**Office** [1] - 1:13
**Official** [4] - 1:20, 1:21, 22:4, 22:8
**oh** [1] - 14:25
**okay** [8] - 3:4, 3:8, 3:10, 3:13, 5:17, 7:24, 15:4, 20:17
**on** [26] - 2:9, 2:13, 3:3, 4:12, 4:13, 5:15, 5:22, 6:4, 7:6, 7:8, 7:14, 7:19, 9:1, 9:8, 10:3, 10:24, 12:13, 12:25, 13:2, 16:8, 16:11, 18:3, 18:20, 19:6, 21:2
**one** [3] - 20:8, 20:9, 21:17
**ones** [1] - 15:16
**only** [3] - 16:12, 16:14, 18:12
**or** [16] - 5:7, 6:18, 7:5, 11:9, 14:11, 15:6, 15:12, 15:13, 16:1, 17:12, 17:14, 17:17, 20:2, 20:10, 20:11, 20:19
**order** [15] - 2:18, 4:2, 4:12, 4:17, 4:19, 5:3, 6:1, 8:9, 8:11, 8:24, 20:19, 20:24, 21:3, 21:8
**ordering** [3] - 11:16, 18:12, 18:13
**orders** [1] - 20:19
**organize** [1] - 7:16
**Osama** [7] - 5:21, 7:4, 7:10, 13:3, 13:11, 16:10, 19:4
**other** [6] - 6:6, 6:14, 15:13, 15:15, 18:4, 21:17
**our** [3] - 2:7, 16:23
**ours** [1] - 17:1
**out** [3] - 6:14, 12:3, 16:20
**outside** [1] - 19:11
**over** [3] - 10:24, 11:6, 15:23
**owed** [1] - 6:11
**owner** [1] - 9:3

## P

**P** [1] - 2:1
**packet** [1] - 17:10
**pages** [1] - 6:10
**paid** [1] - 13:3
**paralegal** [7] - 6:21, 12:22, 13:12, 13:23, 15:19, 17:7, 19:10
**particular** [1] - 11:9
**parties** [2] - 12:23, 17:6
**patience** [1] - 21:17
**Patrick** [11] - 2:11, 5:25, 7:18, 7:22,

9:4, 9:6, 9:12, 9:17, 9:19, 10:5, 10:25
**Patrick's** [1] - 5:8
**pause** [1] - 3:1
**PDF** [2] - 11:12, 11:15
**pendens** [1] - 7:8
**Pennell** [3] - 19:19, 19:20, 19:21
**people** [1] - 7:11
**permission** [1] - 13:10
**PETITIONER** [1] - 1:13
**Phillips** [3] - 14:22, 15:11, 19:13
**physical** [1] - 14:5
**planned** [1] - 9:1
**plant** [1] - 6:22
**please** [3] - 3:19, 12:10, 12:12
**plus** [1] - 9:3
**point** [1] - 4:22
**position** [1] - 18:8
**possess** [1] - 13:15
**possessing** [1] - 14:11
**possession** [2] - 13:6, 14:8
**potential** [2] - 18:13, 21:12
**potentially** [1] - 15:14
**preference** [1] - 4:8
**prep** [1] - 9:9
**present** [1] - 2:18
**previously** [1] - 8:16
**prior** [3] - 4:1, 14:3, 14:7
**privilege** [5] - 7:2, 12:22, 13:12, 15:8, 14:14
**privileged** [6] - 13:7, 14:8, 14:12, 16:3, 17:17
**PRO** [1] - 1:19
**problem** [1] - 8:1
**procedure** [1] - 21:12
**proceed** [1] - 4:22
**Proceedings** [1] - 1:24
**proceedings** [3] - 3:1, 22:1, 22:6
**PROCEEDINGS** [1] - 1:9
**process** [2] - 6:17, 17:16
**produce** [7] - 5:19, 6:10, 6:13, 8:9, 9:25, 10:4, 14:14
**produced** [15] - 1:25, 5:5, 6:10, 7:21, 8:14, 8:19, 9:3, 9:22, 9:23, 9:24, 10:5, 10:17, 14:15, 17:2, 17:20
**producing** [1] - 8:13
**production** [4] - 6:12, 8:5, 11:3, 21:9
**promptly** [1] - 12:11
**properties** [2] - 5:22, 7:9
**provide** [11] - 8:16, 8:17, 10:17, 10:25, 11:17, 12:1, 15:19, 16:17, 18:18, 19:12, 20:14
**provided** [6] - 9:17, 10:23, 16:25, 17:12, 17:25, 19:9
**published** [1] - 12:24
**pursuant** [3] - 18:1, 18:5, 18:7
**put** [5] - 7:14, 7:15, 12:13, 17:17, 18:3

## Q

**question** [2] - 8:21, 15:2
**questions** [1] - 5:2

## R

**R** [1] - 2:1
**raised** [1] - 16:25
**reach** [1] - 6:14
**ready** [2] - 4:4, 7:19
**really** [1] - 7:15
**receive** [1] - 8:24
**received** [7] - 2:7, 3:2, 14:10, 15:18, 16:18, 17:24, 18:7
**recent** [1] - 19:16
**recently** [1] - 6:1
**recess** [1] - 3:17
**record** [4] - 6:4, 12:13, 18:3, 22:6
**recorded** [1] - 1:24
**recordings** [2] - 12:23, 13:24
**recruited** [1] - 7:4
**references** [1] - 8:7
**referring** [1] - 19:2
**refuse** [2] - 15:2, 15:20
**refused** [1] - 16:20
**regardless** [1] - 9:1
**rehearing** [1] - 7:8
**reiterate** [1] - 4:23
**related** [1] - 4:13
**Reporter** [4] - 1:20, 1:21, 22:4, 22:8
**REPORTER'S** [1] - 22:3
**represent** [1] - 17:22
**represented** [4] - 2:11, 17:1, 18:19, 18:24
**representing** [2] - 3:24, 9:13
**reproduce** [2] - 7:22, 8:14
**reproducing** [1] - 11:2
**request** [3] - 5:8, 16:13, 20:8
**requests** [3] - 8:6, 8:13, 11:21
**require** [1] - 11:9
**requiring** [1] - 8:9
**respond** [3] - 14:9, 16:19, 20:13
**RESPONDENT** [1] - 1:19
**response** [2] - 2:7, 16:22
**responses** [6] - 8:17, 10:3, 11:21, 12:2, 12:15, 20:24
**responsive** [1] - 8:19
**rest** [1] - 8:22
**result** [1] - 8:11
**resulted** [1] - 15:23
**review** [2] - 6:7, 17:16
**reviewed** [1] - 15:8
**right** [25] - 2:14, 2:16, 2:22, 3:18, 4:1, 4:3, 5:1, 5:12, 9:18, 10:13, 10:18, 11:2, 11:16, 11:20, 12:8, 12:15, 12:17, 14:25, 17:5, 18:10, 18:17, 20:1, 20:18, 21:8, 21:21
**rise** [1] - 2:25

**RMR** [2] - 1:20, 22:4
**road** [1] - 3:3
**Room** [1] - 1:23
**ROSENTHAL** [1] - 1:9
**Rusk** [1] - 1:22

## S

**S** [1] - 2:1
**said** [4] - 9:6, 9:8, 9:10, 15:4
**satisfied** [1] - 20:19
**satisfy** [1] - 11:14
**say** [1] - 2:6
**saying** [1] - 10:6
**says** [2] - 6:18, 7:19
**schedule** [1] - 8:16
**SE** [1] - 1:19
**seated** [1] - 4:3
**seeking** [1] - 8:9
**seeks** [2] - 4:12, 4:20
**seem** [1] - 4:15
**segregate** [4] - 15:7, 17:14, 18:13, 20:1
**segregated** [1] - 15:10
**segregating** [1] - 21:12
**send** [1] - 8:21
**sent** [2] - 7:18, 10:23
**separately** [1] - 15:8
**September** [3] - 9:8, 21:5, 21:6
**SEPTEMBER** [1] - 1:7
**serve** [1] - 8:25
**served** [4] - 4:14, 6:16, 10:3, 11:24
**Servicing** [1] - 6:23
**serving** [1] - 20:23
**set** [1] - 12:3
**seven** [1] - 20:3
**several** [2] - 4:12, 4:17
**Shaitelman** [2] - 2:4, 3:22
**SHAITELMAN** [5] - 1:13, 2:4, 2:15, 2:23, 3:22
**share** [6] - 7:16, 8:23, 9:21, 10:24, 16:2, 18:21
**shared** [1] - 10:25
**she** [1] - 19:2
**should** [5] - 2:19, 13:15, 15:3, 20:6, 21:10
**shouldn't** [1] - 8:21
**show** [7] - 2:19, 4:12, 4:18, 4:20, 5:3, 7:17, 8:11
**SHOW** [1] - 1:9
**side** [1] - 6:14
**sign** [3] - 5:18, 10:7, 10:18
**signed** [3] - 10:2, 10:4, 10:10
**simple** [2] - 4:15, 14:2
**simply** [3] - 15:17, 16:23, 17:17
**since** [3] - 5:7, 8:4, 9:5
**sir** [2] - 3:24, 12:20
**situation** [1] - 6:20
**Smith** [3] - 1:20, 22:4, 22:8

**so** [29] - 2:8, 2:13, 3:5, 4:11, 5:2, 5:18, 7:19, 7:21, 8:21, 9:14, 10:15, 10:17, 12:12, 14:2, 14:9, 14:13, 15:4, 15:7, 15:11, 15:20, 16:2, 16:11, 17:13, 19:17, 20:10, 20:16, 21:1, 21:5, 21:8

**some** [13] - 3:16, 5:20, 6:6, 6:7, 7:22, 7:25, 8:5, 8:14, 15:22, 17:10, 17:16, 17:25, 20:23

**someone** [2] - 2:8, 8:25

**someone's** [1] - 17:1

**something** [6] - 10:6, 11:8, 12:18, 20:11, 21:15

**sorry** [1] - 13:18

**sort** [4] - 4:23, 14:4, 17:10

**sounds** [1] - 6:22

**source** [1] - 6:9

**sources** [1] - 18:8

**Southern** [1] - 22:4

**SOUTHERN** [1] - 1:1

**southern** [1] - 1:22

**speaks** [1] - 5:3

**specific** [2] - 4:19, 8:12

**specified** [1] - 11:3

**spoken** [1] - 6:17

**spreadsheet** [1] - 19:8

**stalling** [1] - 8:6

**stand** [1] - 4:9

**start** [1] - 14:16

**state** [2] - 2:2, 3:18

**STATES** [3] - 1:1, 1:4, 1:10

**States** [7] - 1:21, 2:3, 2:4, 3:21, 3:22, 4:14, 22:4

**status** [1] - 4:24

**statute** [1] - 18:6

**stealing** [1] - 6:23

**stenography** [1] - 1:24

**still** [2] - 2:10, 2:17

**stole** [2] - 6:24, 13:23

**Street** [1] - 1:17

**stuff** [2] - 6:12, 9:20

**subject** [1] - 21:11

**subpoena** [1] - 16:14

**subpoenaed** [1] - 5:10

**subpoenas** [6] - 4:14, 8:18, 17:24, 18:1, 18:7, 20:14

**sued** [3] - 5:22, 6:22, 19:4

**Suite** [1] - 1:14

**supplemental** [3] - 8:16, 11:20, 20:23

**supplementary** [1] - 12:2

**supposed** [1] - 8:20

**sure** [7] - 4:22, 11:11, 15:21, 16:19, 17:9, 17:21, 21:16

# T

**T** [1] - 19:24

**T-A-N-G** [1] - 19:24

**tact** [1] - 14:16

**take** [2] - 12:14, 20:6

**taken** [1] - 13:10, 16:4

**taking** [1] - 16:6

**talked** [1] - 6:6

**talking** [1] - 17:4

**Tang** [2] - 19:22, 19:24

**team** [1] - 17:16

**telephoned** [1] - 3:12

**tell** [2] - 4:4, 17:20

**tens** [3] - 5:19, 6:10

**terms** [1] - 5:4

**testimony** [1] - 7:1

**TEXAS** [2] - 1:1, 1:5

**Texas** [4] - 1:15, 1:22, 1:23, 22:5

**than** [1] - 18:4

**thank** [7] - 2:23, 2:24, 3:13, 20:7, 21:23, 21:24, 21:25

**that** [104] - 2:6, 2:14, 3:2, 3:5, 4:1, 4:2, 4:12, 4:19, 5:9, 5:24, 6:5, 6:9, 6:11, 6:12, 7:2, 7:5, 7:17, 8:10, 8:12, 8:14, 8:15, 8:16, 8:18, 9:18, 9:22, 10:3, 10:14, 10:15, 10:16, 10:22, 10:23, 10:25, 11:1, 11:4, 11:8, 11:11, 11:12, 11:14, 11:23, 12:3, 12:5, 12:12, 12:13, 12:23, 13:1, 13:7, 13:9, 13:11, 13:14, 13:19, 13:25, 14:9, 14:11, 14:15, 14:18, 15:2, 15:7, 15:12, 15:14, 15:16, 15:19, 15:21, 15:22, 15:23, 16:1, 16:4, 16:12, 16:14, 16:17, 16:20, 16:21, 16:24, 17:3, 17:6, 17:7, 17:9, 17:10, 17:11, 17:14, 17:17, 17:18, 17:25, 18:1, 18:7, 18:9, 18:18, 18:20, 18:21, 18:25, 19:6, 19:8, 20:2, 20:5, 20:6, 20:10, 20:11, 20:25, 21:2, 21:8, 22:5

**that's** [14] - 2:15, 3:9, 3:14, 9:20, 10:11, 10:24, 13:12, 14:6, 16:13, 16:14, 16:23, 19:17, 21:7, 21:19

**THE** [79] - 1:9, 1:13, 1:19, 2:2, 2:5, 2:10, 2:16, 2:25, 3:2, 3:7, 3:9, 3:12, 3:14, 3:16, 3:18, 3:24, 4:1, 4:7, 4:10, 5:1, 5:5, 5:9, 5:12, 5:17, 6:3, 7:24, 8:1, 9:12, 9:16, 9:18, 9:22, 9:25, 10:2, 10:9, 10:13, 10:19, 11:2, 11:5, 11:8, 11:16, 11:20, 11:25, 12:8, 12:17, 12:20, 13:17, 13:19, 13:22, 13:25, 14:13, 14:16, 14:21, 14:23, 14:25, 15:4, 15:11, 15:21, 16:12, 16:22, 17:5, 17:9, 17:23, 18:10, 18:12, 18:17, 18:20, 18:22, 18:24, 19:13, 19:20, 19:23, 20:1, 20:6, 20:13, 20:18, 21:5, 21:8, 21:19, 21:21

**The** [1] - 22:1

**the** [156] - 2:3, 2:4, 3:1, 3:3, 3:9, 3:11, 3:21, 3:22, 4:4, 4:14, 4:19, 4:21, 4:22, 4:24, 5:2, 5:3, 5:7, 5:10, 5:12, 5:14, 5:15, 6:4, 6:9, 6:12, 6:14, 6:17, 6:20, 7:1, 7:7, 7:15, 7:17, 8:1, 8:2, 8:3, 8:7, 8:9, 8:11, 8:12, 8:14, 8:15, 8:17, 8:18, 8:19, 8:22, 9:3, 9:5, 9:11, 9:18, 9:22, 9:24, 9:25, 10:9, 10:11, 10:13, 10:20, 10:24, 11:2, 11:3, 11:9, 11:11, 11:14, 11:17, 11:20, 11:21, 11:22, 11:23,

11:24, 12:1, 12:2, 12:3, 12:4, 12:5, 12:8, 12:13, 12:14, 12:15, 12:18, 12:25, 13:2, 13:4, 13:5, 13:6, 13:13, 13:15, 13:19, 13:25, 14:2, 14:5, 15:5, 15:7, 15:9, 15:11, 15:14, 15:16, 15:17, 15:21, 15:23, 16:1, 16:5, 16:6, 16:12, 16:13, 16:14, 16:17, 16:22, 16:24, 17:9, 17:13, 17:14, 17:19, 17:23, 18:1, 18:2, 18:3, 18:6, 18:12, 18:13, 18:14, 18:15, 18:22, 18:24, 18:25, 19:9, 19:10, 19:11, 19:16, 19:17, 20:1, 20:2, 20:3, 20:4, 20:6, 20:13, 20:19, 20:21, 20:22, 20:24, 21:2, 21:9, 21:10, 21:11, 21:17, 22:5, 22:5, 22:6

**their** [1] - 6:23

**them** [9] - 4:16, 4:21, 5:3, 6:7, 9:24, 10:4, 10:5, 10:7, 11:22, 12:24, 13:1, 13:2, 13:10, 14:15, 15:9, 15:16, 17:17, 20:5

**themselves** [1] - 11:22

**then** [9] - 8:24, 9:10, 12:8, 12:24, 13:1, 16:18, 19:7, 20:22, 21:2

**there** [9] - 4:19, 5:9, 6:1, 6:12, 8:5, 11:13, 12:9, 12:21, 12:24, 15:5, 15:13, 15:22, 17:24, 18:2, 21:14

**there's** [11] - 3:3, 5:6, 5:20, 5:21, 6:11, 10:6, 10:22, 14:4, 15:15, 16:19, 21:21

**these** [5] - 4:15, 4:23, 15:6, 16:7, 18:24

**they** [30] - 4:5, 6:7, 7:8, 7:22, 8:10, 10:5, 10:6, 14:7, 14:14, 14:21, 15:3, 15:4, 15:7, 15:9, 15:18, 15:19, 15:20, 16:2, 16:3, 16:17, 16:21, 17:10, 17:11, 17:21, 17:22

**they're** [2] - 13:7, 16:4

**they've** [6] - 4:24, 7:14, 13:7, 15:4, 16:20, 17:7

**thing** [3] - 16:13, 16:15, 18:13

**things** [1] - 4:15

**think** [7] - 3:7, 4:21, 5:3, 6:16, 18:6, 20:20, 21:3

**third** [2] - 12:23, 17:6

**this** [24] - 4:17, 4:22, 6:18, 6:19, 7:14, 8:1, 8:2, 8:19, 8:20, 8:24, 9:9, 12:21, 14:3, 14:4, 14:13, 15:5, 16:9, 16:25, 17:25, 18:4, 19:1, 21:1, 21:9

**those** [13] - 7:11, 10:9, 11:13, 11:18, 12:5, 13:15, 13:17, 15:7, 15:16, 17:16, 19:5, 19:12, 20:14

**thoughtful** [1] - 21:14

**thoughts** [1] - 21:17

**thousands** [2] - 5:19, 6:10

**three** [4] - 4:20, 15:6, 17:14, 18:15

**through** [2] - 15:17, 16:18

**time** [4] - 3:16, 6:7, 7:25, 8:8

**to** [139] - 2:7, 2:16, 2:18, 2:19, 2:20, 2:21, 3:5, 3:6, 3:7, 4:2, 4:4, 4:5, 4:12, 4:13, 4:16, 4:17, 4:19, 4:21, 4:22, 5:2, 5:3, 5:8, 5:10, 5:24, 6:6, 6:10, 6:14, 6:18, 6:24, 7:3, 7:10, 7:13, 7:15, 7:16, 7:22, 8:2, 8:7, 8:9, 8:10, 8:11, 8:14,

8:16, 8:18, 8:20, 8:21, 8:22, 8:25, 9:8, 9:9, 9:14, 9:17, 9:22, 9:23, 9:24, 9:25, 10:5, 10:12, 10:14, 10:17, 10:25, 11:6, 11:9, 11:17, 11:25, 12:1, 12:2, 12:8, 12:9, 12:14, 12:18, 13:4, 13:5, 13:16, 13:17, 13:19, 14:1, 14:5, 14:6, 14:8, 14:15, 14:18, 15:2, 15:5, 15:6, 15:9, 15:12, 15:20, 16:10, 16:13, 16:16, 16:20, 16:21, 16:24, 17:2, 17:13, 17:14, 17:15, 17:16, 17:20, 18:1, 18:2, 18:5, 18:6, 18:7, 18:8, 18:11, 18:12, 18:13, 19:2, 19:9, 20:4, 20:5, 20:9, 20:10, 20:13, 20:15, 20:16, 20:21, 20:22, 20:24, 20:25, 21:1, 21:2, 21:11, 21:16, 22:5

**today** [6] - 2:9, 4:12, 7:7, 8:20, 9:9, 12:6
**together** [1] - 12:14
**told** [1] - 13:1
**Tom** [2] - 14:22, 15:11
**took** [2] - 7:2, 19:3
**transcript** [3] - 1:25, 13:9, 22:5
**TRANSCRIPT** [1] - 1:9
**trial** [2] - 7:20, 9:9
**tried** [1] - 6:14
**TRO** [1] - 16:6
**true** [1] - 22:5
**try** [2] - 9:8, 21:2
**trying** [2] - 8:2, 8:25
**two** [3] - 4:14, 6:18, 20:10

## U

**under** [1] - 17:19
**understand** [3] - 8:3, 11:4, 19:8
**understanding** [1] - 22:6
**understood** [5] - 3:15, 12:16, 18:16, 20:4, 20:21
**unfortunately** [1] - 4:16
**United** [7] - 1:21, 2:3, 2:4, 3:21, 3:22, 4:14, 22:4
**UNITED** [3] - 1:1, 1:4, 1:10
**unsuccessfully** [1] - 6:15
**until** [1] - 7:6
**up** [7] - 9:6, 9:7, 9:10, 14:4, 20:9, 20:12, 21:3
**uploaded** [2] - 9:20, 10:23
**US** [1] - 1:13
**us** [5] - 4:17, 14:9, 15:12, 20:21, 21:7
**use** [1] - 8:15
**uses** [1] - 21:9

## V

**various** [7] - 13:13, 13:14, 16:25, 19:4, 19:5, 19:9, 19:11
**very** [3] - 4:15, 11:25, 12:17
**via** [1] - 1:25
**voice** [1] - 7:11
**VS** [1] - 1:5

## W

**wait** [1] - 2:16
**waiting** [2] - 2:13, 3:5
**want** [5] - 2:21, 4:23, 5:4, 6:10, 20:9
**wanting** [1] - 7:12
**wants** [2] - 12:5, 20:21
**warfare** [2] - 16:9, 16:11
**warrant** [1] - 2:21
**was** [30] - 3:3, 4:2, 6:1, 6:12, 6:21, 7:18, 7:21, 8:25, 9:3, 10:16, 10:23, 10:25, 12:21, 12:22, 13:3, 13:4, 13:11, 13:13, 13:22, 15:18, 15:22, 16:4, 17:11, 17:25, 19:3, 19:5, 19:10
**Washington** [1] - 1:17
**wasn't** [2] - 6:4, 6:16
**way** [2] - 17:18, 20:9
**Wayne** [2] - 7:9, 7:11
**we** [31] - 2:6, 2:13, 3:9, 4:6, 4:10, 4:11, 4:16, 4:22, 4:23, 5:4, 5:18, 6:11, 10:10, 11:12, 12:7, 12:10, 12:13, 14:7, 14:8, 14:9, 14:11, 15:9, 16:5, 16:8, 16:15, 17:15, 17:18, 18:11, 20:4, 20:20
**we'll** [1] - 3:16
**we're** [4] - 2:13, 3:5, 18:8, 18:25
**we've** [6] - 3:2, 14:10, 16:25, 18:6, 18:7, 21:12
**week** [1] - 6:18
**weeks** [1] - 20:10
**well** [3] - 10:24, 11:25, 15:15
**went** [1] - 7:6
**were** [12] - 5:24, 8:14, 8:18, 10:3, 10:5, 10:6, 11:23, 12:3, 17:24, 18:1, 22:1
**weren't** [1] - 12:24
**what** [24] - 2:21, 4:4, 4:17, 5:4, 7:18, 9:2, 9:19, 10:20, 11:2, 11:6, 12:13, 14:9, 14:10, 15:18, 16:3, 16:17, 17:2, 17:13, 17:20, 19:1, 19:8, 20:13, 20:20, 21:10
**What's** [1] - 9:10
**what's** [2] - 14:1, 16:22
**whatever** [6] - 2:18, 7:21, 12:1, 14:15, 15:3, 17:11
**WhatsApp** [2] - 8:13, 10:21
**when** [2] - 8:20, 13:2
**where** [10] - 4:9, 5:15, 7:1, 7:12, 7:18, 8:23, 9:16, 13:9, 14:5, 16:5
**whether** [1] - 15:13
**which** [3] - 4:17, 5:25, 20:25
**while** [2] - 13:3, 13:11
**who** [23] - 5:21, 6:18, 6:21, 12:22, 12:23, 12:24, 13:17, 13:19, 13:23, 14:17, 14:21, 14:23, 15:6, 15:18, 16:10, 16:25, 17:15, 18:20, 18:24, 19:13, 20:3
**why** [4] - 2:19, 4:23, 5:25, 8:21
**wife** [1] - 7:5
**will** [11] - 2:6, 2:18, 8:3, 11:14, 12:9, 12:10, 15:12, 16:18, 20:25, 21:3, 21:11
**willing** [1] - 16:21

**with** [34] - 2:20, 4:24, 5:15, 6:19, 7:16, 7:18, 8:15, 8:22, 8:23, 8:24, 10:13, 10:25, 11:5, 11:6, 11:17, 12:1, 12:5, 12:9, 12:11, 12:13, 12:24, 13:13, 14:3, 14:18, 15:22, 15:23, 16:25, 18:19, 19:3, 19:9, 19:10, 20:19, 21:1, 21:7
**withdraw** [2] - 4:2, 5:8
**withdrawal** [1] - 6:2
**withdrew** [1] - 2:12
**within** [1] - 15:14
**without** [1] - 13:10
**won** [1] - 16:8
**won't** [1] - 16:2
**work** [2] - 7:19, 11:17
**workable** [1] - 11:17
**working** [6] - 6:21, 12:14, 12:22, 13:4, 13:11
**would** [12] - 2:16, 2:18, 4:5, 4:22, 6:18, 7:15, 7:16, 7:23, 13:5, 13:15, 14:15, 14:18, 15:1, 18:20, 19:15, 19:18, 20:24
**wrong** [1] - 8:4
**wrongfully** [1] - 5:24
**Wyatt** [17] - 6:21, 13:3, 13:8, 13:21, 14:19, 15:18, 15:22, 16:6, 17:6, 17:7, 17:22, 18:19, 19:3, 19:7, 19:10, 19:17

## Y

**yes** [11] - 3:25, 4:6, 10:1, 10:16, 11:23, 11:24, 12:7, 12:20, 13:23, 15:9, 20:14
**you** [59] - 2:10, 2:16, 2:18, 2:21, 2:23, 2:24, 3:10, 3:13, 4:3, 4:8, 4:10, 5:12, 6:2, 8:3, 8:8, 8:9, 8:12, 8:16, 8:21, 8:22, 8:23, 9:9, 9:13, 9:16, 9:19, 9:22, 10:2, 10:15, 11:5, 11:6, 11:16, 11:21, 11:22, 11:25, 12:4, 12:5, 12:9, 12:12, 12:13, 13:19, 14:17, 16:7, 17:20, 18:12, 18:13, 18:25, 20:7, 20:13, 20:15, 20:18, 20:19, 21:9, 21:14, 21:23, 21:24, 21:25
**you're** [1] - 3:24
**you've** [1] - 17:20
**your** [6] - 2:2, 3:18, 4:1, 8:11, 10:2, 14:17
**Your** [48] - 2:6, 3:10, 4:6, 4:8, 4:11, 5:6, 5:11, 5:14, 6:9, 6:20, 7:1, 7:15, 7:17, 7:23, 8:23, 9:3, 10:1, 10:8, 10:10, 10:16, 10:18, 10:24, 11:7, 11:19, 12:7, 12:18, 13:16, 14:2, 14:14, 15:2, 15:16, 15:20, 16:7, 16:16, 16:23, 17:4, 17:21, 18:4, 18:19, 19:1, 20:4, 20:7, 20:8, 20:20, 21:7, 21:20, 21:25
**yourself** [1] - 3:24