United States District Court
Southern District of Texas
**ENTERED**
February 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff(s), | § | |
| v. | § | CIVIL ACTION NO. H-23-mc-1644 |
| JETALL COMPANIES, *et al.*, | § § § | |
| Defendant(s). | § § § § | |

# ORDER

The United States filed a petition to enforce subpoenas served on Mohammed Ali Choudhri (also known as Ali Choudhri) and Jetall Companies, Inc., under the Financial Institutions Reform, Recovery, and Enforcement Act, 12 U.S.C. § 1833a. The court has held numerous status hearing on the respondents' failure to comply with the subpoenas. The court entered an order on September 18, 2024, (Docket Entry No. 41), directing the respondents to take certain actions and produce certain documents by September 20, 2024. The court also entered an order on November 12, 2024, (Docket Entry No. 52), directing the respondents to cure their failure to comply with the September 18, 2024 Order and to take certain actions and produce certain categories of documents by November 8, 2024; November 20, 2024; and December 11, 2024.

The Untied States has informed the court that the respondents have failed to comply in full with the November 12, 2024 Order. The respondents are ordered to appear before this court on March 20, 2025 at 10:00 am CST. The respondents must show cause as to why they should not be held in contempt for their failure to comply with the November 12, 2024 order, and ordered to

each pay into the court's registry the sum of $500 per day, assessed jointly and severally, through the date each respondent complies in full with the November 12, 2024.

It is further ordered that in addition to service on respondent Choudhri's counsel of record in this matter via the Court's CM/ECF system, copies of this Order must be served upon respondent Choudhri at his last known email address at "ali@jetallcapital.com" and by U.S. Certified Mail, Return Receipt Requested on the last known registered agent for respondent Jetall at Legal Registered Agent Services, Inc., 5900 Balcones Drive, Suite 100, Austin, Texas 78731, to constitute good and sufficient service.

It is further ordered that in addition to service on Jetall's counsel of record in this matter via the Court's CM/ECF system, copies of this Order must be served upon Jetall at the last known email address of its principal Ali Choudhri at "ali@jetallcapital.com" and by U.S. Certified Mail, Return Receipt Requested on the last known registered agent for respondent Jetall at Legal Registered Agent Services, Inc., 5900 Balcones Drive, Suite 100, Austin, Texas 78731, to constitute good and sufficient service.

SIGNED on February 7, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge