UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States of America

v.                                              Case Number: 4:23−mc−01644

Jetall Companies, Inc.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/9/2025

**TIME:** 03:15 PM

**TYPE OF PROCEEDING:** Miscellaneous Hearing

Date:   April 9, 2025

                                                                Nathan Ochsner, Clerk