IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff(s), | § § | |
| v. | § § | CIVIL ACTION NO. H-23-mc-1644 |
| JETALL COMPANIES, *et al.*, | § § § | |
| Defendant(s). | § § | |

**ORDER**

The United States filed a petition to enforce subpoenas served on Mohammed Ali Choudhri (also known as Ali Choudhri) and Jetall Companies, Inc., under the Financial Institutions Reform, Recovery, and Enforcement Act, 12 U.S.C. § 1833a. The court has held numerous hearings on the respondents' failure to comply with the subpoenas. (*See* Docket Entry Nos. 63, 71, 73, 80, 82).

At the last hearing, held on April 9, 2025, the court heard an update on the status of productions to the government of responsive emails contained within several email addresses used by either Choudhri or Jetall Companies, and directed the government to inform the court if the remaining emails were not promptly produced. (Docket Entry No. 82). The government has informed the court that despite the court's repeated directives to produce the responsive emails, the respondents have failed to produce all emails from the @jetallcompanies.com email account. (Docket Entry Nos. 87, 88).

The court will hold a hearing during which the respondents must show cause why they should not be held in contempt for failing to comply with the subpoenas issued on August 19, 2024, and the subsequent court orders compelling the production of documents. The hearing is set

for May 15, 2025, at 1:30 PM CDT through Zoom.  The Zoom link will be posted on the court's website.

SIGNED on May 12, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge