UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Petitioner, § § v. § § Case No. 4:23-mc-01644 § JETALL COMPANIES, INC. AND § MOHAMMED ALI CHOUDHRI, § § Respondents. § § | |

## **ORDER**

This matter having come before the Court on a petition by the United States for enforcement of subpoenas served on Mohammed Ali Choudhri (also known as Ali Choudhri) ("Choudhri") and Jetall Companies, Inc. ("Jetall") pursuant to the Financial Institutions Reform, Recovery, and Enforcement Act, 12 U.S.C. § 1833a, and the Court having held a show cause hearing on May 15, 2025, regarding the respondents' compliance with the subpoenas and the respondents' failures to date to provide information and meet deadlines agreed to before the Court,

IT IS ORDERED that the parties shall take the following steps:

(1) By May 15, 2025, the respondents shall provide to counsel for the United States all correspondence with Google relating to respondents' requests for an mbox file for the @jetallcompanies.com email account, including but not limited to copies of requests made, correspondence from Google about error messages or technical failures, and documents showing the progress of any pending requests.

1

(2)  On May 19, 2025 at 3:00 p.m., the parties shall appear before the Court for a hearing via Zoom to address outstanding production issues. Mr. Choudhri is ordered to personally appear via Zoom for this hearing.

_____                                         _____
DATE                                                                                             LEE H. ROSENTHAL
                                                                                                          UNITED STATES DISTRICT JUDGE