## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States of America

v.                                          Case Number: 4:23–mc–01644

Jetall Companies, Inc.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/22/2025

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Miscellaneous Hearing

Date:   May 19, 2025

Nathan Ochsner, Clerk