# EXHIBIT A

# Gill, Anthony D. (CIV)

| | |
|---|---|
| **From:** | Mark W. Bennett <mb@ivi3.com> |
| **Sent:** | Monday, May 19, 2025 10:40 AM |
| **To:** | Gill, Anthony D. (CIV); Shaitelman, Kenneth (USATXS) |
| **Subject:** | [EXTERNAL] Choudhri Alicompanies email; text messages |
| **Attachments:** | Error 500 (Server Error)!!1 again.pdf; Error 500 (Server Error)!!1.pdf; Error 504 (Server Error)!!1.pdf |

Dear Mr. Gill and Mr. Shaitelman:

1

Google Account

← Mail



You can't download t[his]

You've tried to download or have downloaded th[is the]
maximum number of times you can take this act[ion.]

You can create a new request at any time.

Avoid downloading your data backup onto public c[omputers where]
others can see them.

Mr. Choudhri got multiple server errors when trying to create the download; once he was able to create it, his hard drive was too small for the mbox, resulting in failed downloads. Mr. Choudhri tried repeatedly, because he was not able to identify the problem with the downloads.

Because Google Takeout has a five-attempt limit, he has had to order it again. I have instructed him to download it, as soon as we are notified that it is done, to a computer that has adequate storage and a fast internet connection and, as soon as *that* is done, to upload it to your server.

Now that I have determined the problem, I expect the mbox production to take less than 24 hours.

The text messages are on an iPhone. Do you have a preferred extraction method for these?

Thank you.

_____
Mark W. Bennett
Board Certified—Criminal Law
Board Certified—Criminal Appellate Law
mb@ivi3.com
Bennett & Bennett
Criminal-Defense, Appellate, and Free-Speech Lawyers
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747

3