# EXHIBIT C

**Gill, Anthony D. (CIV)**

| | |
|---|---|
| **From:** | Gill, Anthony D. (CIV) |
| **Sent:** | Wednesday, June 4, 2025 1:03 PM |
| **To:** | Mark W. Bennett; gia@samavatilawfirm.com |
| **Cc:** | Shaitelman, Kenneth (USATXS) |
| **Subject:** | RE: [EXTERNAL] Jetallcompanies Emails |

Mark,
Why are accounts not being produced now? Because the accounts are available, Respondents' refusal to produce them is an intentional delay. Respondents are dragging this out just as they have done during this entire proceeding.

Best,
Anthony

Anthony Gill | U.S. Department of Justice
Trial Attorney | Civil Fraud Section
175 N Street, N.E. | Washington, DC 20002
(202) 307-0959 | anthony.d.gill@usdoj.gov

---

**From:** Mark W. Bennett <mb@ivi3.com>
**Sent:** Wednesday, June 4, 2025 12:40 PM
**To:** Gill, Anthony D. (CIV) <Anthony.D.Gill@usdoj.gov>; gia@samavatilawfirm.com
**Cc:** Shaitelman, Kenneth (USATXS) <Kenneth.Shaitelman@usdoj.gov>
**Subject:** Re: [EXTERNAL] Jetallcompanies Emails

Hi, all.

The list that we provided is the list of extant google accounts under jetallcompanies.com.

I am guardedly optimistic that all extant accounts will be produced by June 11.

Have a good week.
_____
Mark W. Bennett
Board Certified—Criminal Law
Board Certified—Criminal Appellate Law
mb@ivi3.com
Bennett & Bennett
Criminal-Defense, Appellate, and Free-Speech Lawyers
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747

On Wed, Jun 4, 2025, at 11:36 AM, Gill, Anthony D. (CIV) wrote:
> Mark and Gia,

1

We have received no communication from Respondents since my last email below and no further production of documents.  Respondents are intentionally dragging this out.  More than two weeks ago Mr. Bennett said there are no Jetall Companies email accounts that are inaccessible and yet Respondents have produced only two accounts: a "service" mailbox for tenants and Dward Darjean.

Respondents continue to be in violation of Judge Rosenthal's Orders to produce Jetall's email.  Produce the email accounts identified in my email below immediately.

Best,
Anthony

Anthony Gill  | U.S. Department of Justice
Trial Attorney | Civil Fraud Section
175 N Street, N.E. | Washington, DC 20002
(202) 307-0959 | anthony.d.gill@usdoj.gov

**From:** Gill, Anthony D. (CIV) <Anthony.D.Gill@usdoj.gov>
**Sent:** Thursday, May 29, 2025 11:06 AM
**To:** Mark W. Bennett <mb@ivi3.com>
**Cc:** Shaitelman, Kenneth (USATXS) <Kenneth.Shaitelman@usdoj.gov>
**Subject:** RE: [EXTERNAL] Jetallcompanies Emails

Mark,
The Court ordered yesterday that all Jetall accounts be produced by June 11.  The production of all accounts below must be on a rolling basis.  It is not acceptable that the accounts be uploaded to the United States at the last second.  In addition to Mr. Choudhri's account that you committed to produce no later than next week,  Jetall must also prioritize the production of certain other accounts.  Produce immediately the accounts for Brad Parker, Stephanie Alvarez, Stephanie Gallegos, and Chris Wyatt.

I do not see Julie Golden in the list below.  Confirm if her account is part of another account below or was not included in this list.

Best,
Anthony

Anthony Gill  | U.S. Department of Justice
Trial Attorney | Civil Fraud Section
175 N Street, N.E. | Washington, DC 20002
(202) 307-0959 | anthony.d.gill@usdoj.gov

**From:** Mark W. Bennett <mb@ivi3.com>
**Sent:** Wednesday, May 28, 2025 4:34 PM
**To:** Gill, Anthony D. (CIV) <Anthony.D.Gill@usdoj.gov>
**Subject:** Re: [EXTERNAL] Jetallcompanies Emails

Surely.

The two updated today are

service (takeout-20250524T154921Z-1-001) and

dward.d (takeout-20250519T140011Z-1-001)

each @jetallcompanies.com.

_____

Mark W. Bennett
Board Certified—Criminal Law
Board Certified—Criminal Appellate Law
mb@ivi3.com
Bennett & Bennett
Criminal-Defense, Appellate, and Free-Speech Lawyers
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747

On Wed, May 28, 2025, at 3:02 PM, Gill, Anthony D. (CIV) wrote:

> Mark,
> Can you identify for us which accounts they have been able to access so far?  Perhaps you could highlight in yellow the accounts below that they have been able to access.
>
> As you upload the separate accounts, can you please identify the email account in the filename so we know whose email the file contains.  Or email me a list that identifies what account is connected to what file.
>
> Best,
> Anthony
>
>> **From:** Mark W. Bennett <mb@ivi3.com>
>> **Sent:** Wednesday, May 28, 2025 2:54 PM
>> **To:** Gill, Anthony D. (CIV) <Anthony.D.Gill@usdoj.gov>
>> **Cc:** Shaitelman, Kenneth (USATXS) <Kenneth.Shaitelman@usdoj.gov>
>> **Subject:** Re: [EXTERNAL] Jetallcompanies Emails
>>
>> My best information is that Respondents have not yet found one they cannot access.
>>
>> We have started the uploads.
>>
>> _____
>> Mark W. Bennett
>> Board Certified—Criminal Law
>> Board Certified—Criminal Appellate Law
>> mb@ivi3.com
>> Bennett & Bennett

3

Criminal-Defense, Appellate, and Free-Speech Lawyers
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747

On Wed, May 28, 2025, at 1:24 PM, Gill, Anthony D. (CIV) wrote:

> Mark,
>
> Please identify which of these accounts Respondents allege they cannot currently access.
>
> If Respondents claim they cannot access an account because of two factor authentication, explain why they are not able to access the account. A brief Google search appears to show there are multiple ways for an administrator to get around/disable two factor authentication in a Google account.
>
> Best,
> Anthony
>
> Anthony Gill | U.S Department of Justice
> Trial Attorney | Civil Fraud Section
> 175 N Street, N.E. | Washington DC 20002
> (202) 598.0849 | anthony.d.gill@usdoj.gov
>
>> On May 28, 2025, at 2:06 PM, Mark W. Bennett <mb@ivi3.com> wrote:
>>
>> Messrs. Gill and Shaitelman:
>>
>> Here are the Jetall Companies email addresses. For each of these, two-factor authentication is necessary to log in:
>>
>> 1001 Copier
>> copier1001@jetallcompanies.com
>>
>> Ali @ Jetall
>> ali@jetallcompanies.com
>>
>> Ali Jetall
>> ali_old@jetallcompanies.com
>>
>> Annette Hollingsworth
>> annette.h@jetallcompanies.com
>>
>> Archive blank
>> archive@jetallcompanies.com

4

Bradley Parker
parker@jetallcompanies.com

Carolyn Nash
carolyn.n@jetallcompanies.com

Chris Wyatt
chris.wyatt@jetallcompanies.com

Corey Sedlachek
corey.s@jetallcompanies.com

Dave Sawyer
dave.s@jetallcompanies.com

Dward Darjean
dward.d@jetallcompanies.com

Eneida Maskuti
eneida@jetallcompanies.com

Evon Hood
evon.h@jetallcompanies.com

Holly Borham
holly.b@jetallcompanies.com

Jack Schumake
jack.s@jetallcompanies.com

James Pope
james.p@jetallcompanies.com

Jennifer MacGeorge
jennifer@jetallcompanies.com

Jetall Reception
jetalladmin@jetallcompanies.com

Jetall Legal
legal@jetallcompanies.com

Jetall Administration
jetall@jetallcompanies.com

Jetall Copier
copier@jetallcompanies.com

Jetall Capital Information Center
info@jetallcompanies.com

John Ferguson

5

john.f@jetallcompanies.com

Justin Rayome
justin.r@jetallcompanies.com

Justine Lines
justine.lines@jetallcompanies.com

Keith Gross
keith.gross@jetallcompanies.com

Kelly W
kelly.w@jetallcompanies.com

Khurram Nizami
khurram@jetallcompanies.com

Kimberly Ayres
kimberly@jetallcompanies.com

Leah W
leah.w@jetallcompanies.com

Lee King
lee.k@jetallcompanies.com

Legal Org
legalorg@jetallcompanies.com

Linda Shipp
linda@jetallcompanies.com

Louis Lippman
louis.l@jetallcompanies.com

Mark Torok
mark.torok@jetallcompanies.com

Media Ops
mediaops@jetallcompanies.com

Michael Chang
michael.chang@jetallcompanies.com

Minh K.
minh.k@jetallcompanies.com

Mo Rahman
mo.rahman@jetallcompanies.com

Nicki O
nicki.o@jetallcompanies.com

Office Admin
admin@jetallcompanies.com

Patrick Mattushak
patrick.m@jetallcompanies.com

Paul Simon
paul.simon@jetallcompanies.com

Rob Teir
rteir@jetallcompanies.com

Scarlet MacGeorge
scarlet.m@jetallcompanies.com

Service Jetall
service@jetallcompanies.com

Share Point
sharepoint@jetallcompanies.com

Shirley Fuller
shirley.fuller@jetallcompanies.com

Stephanie Alvarez
stephanie.a@jetallcompanies.com

Stephanie Gallegos
stephanie.g@jetallcompanies.com

Suzanne Ash
suzanne@jetallcompanies.com

Trey Young
trey.y@jetallcompanies.com


_____
Mark W. Bennett
Board Certified—Criminal Law
Board Certified—Criminal Appellate Law
mb@ivi3.com
Bennett & Bennett
Criminal-Defense, Appellate, and Free-Speech Lawyers
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747